**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MICHELLE WALKER

    Plaintiff,

v.

RETURN TO THE LAND; RETURN TO
THE LAND, OZARKS CHAPTER;
WISDOM WOODS LLC; ERIC ORWOLL;
PETER JULIUS CSERE; GAVIN BAKER;
PETER NEUGEBAUER; and SCOTT
THOMAS HALLOWOOD,

    Defendants.

Case No. 3:26-cv-00151-DPM

**PLAINTIFF'S MOTION TO ADMIT REED N. COLFAX *PRO HAC VICE***

The undersigned counsel, upon the attached Declaration of Reed N. Colfax, moves this Court for an Order admitting Reed N. Colfax *pro hac vice* on behalf of the Plaintiff in the above-captioned matter.

Reed N. Colfax is a member in good standing of the bars of the District of Columbia and the State of New Mexico; is admitted to practice in the Supreme Court of New Mexico, District of Columbia Court of Appeals, U.S. District Court for the Western District of Texas, U.S. District Court of New Mexico, U.S. District Court for the District of Maryland, U.S. District Court for the District of Columbia, U.S. Court of Appeals for the D.C., Second, Fourth, Fifth, Sixth, Ninth, and Eleventh Circuits. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: Relman Colfax PLLC, 1225 19th St NW, Suite 600, Washington, D.C. 20036.

Under Local Rule 83.5(d), Reed N. Colfax designates me, Kendall Lewellen, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Kendall Lewellen
Legal Aid of Arkansas
320 Executive Court, Ste. 201
Little Rock, AR 72205
klewellen@arlegalaid.org
Tel: (870) 972-9224

Plaintiff requests that Reed N. Colfax be granted permission to appear *pro hac vice* on this cause.

Dated: May 28, 2026

Respectfully submitted,

/s/ Kendall Lewellen
Kendall Lewellen (Ark. Bar. No. 2016193)
Legal Aid of Arkansas
320 Executive Court, Ste. 201
Little Rock, AR 72205
klewellen@arlegalaid.org
Tel: (870) 972-9224

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MICHELLE WALKER

    Plaintiff,

v.

RETURN TO THE LAND; RETURN TO
THE LAND, OZARKS CHAPTER;
WISDOM WOODS LLC; ERIC ORWOLL;
PETER JULIUS CSERE; GAVIN BAKER;
PETER NEUGEBAUER; and SCOTT
THOMAS HALLOWOOD,

    Defendants.

Case No. 3:26-cv-00151-DPM _____

**DECLARATION OF REED N. COLFAX**
**IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

I, Reed N. Colfax, declare under penalty of perjury that the following is true and correct:

1.  I am a partner of Relman Colfax PLLC and counsel for Plaintiff in the above-captioned matter. I submit this Declaration in support of the Motion of Kendall Lewellen for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Kendall Lewellen, who is a member in good standing of this Court.

2.  I am an attorney licensed in the District of Columbia (Bar Registration No. 471430) and New Mexico (Bar Registration No. 9302). I was admitted to practice in the District of Columbia in 2001, and the State of New Mexico in 1997. My office address is Relman Colfax PLLC, 1225 19th St NW, Suite 600, Washington, D.C. 20036.

3.  I am in good standing and currently eligible to practice in the Courts of the District of Columbia and New Mexico; the Supreme Court of New Mexico; the District of

Columbia Court of Appeals; the U.S. District Court for the Western District of Texas; the U.S. District Court of New Mexico; the U.S. District Court for the District of Maryland; the U.S. District Court for the District of Columbia; and the U.S. Court of Appeals for the D.C., Second, Fourth, Fifth, Sixth, Ninth, and Eleventh Circuits.

4.      No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5.      Plaintiff has requested my representation in the above-captioned matter.

6.      I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

Dated:  May 26, 2026

*/s/ Reed N. Colfax*
Reed N. Colfax (D.C. Bar No. 471430)
rcolfax@relmanlaw.com
1225 19th St NW, Suite 600
Washington, D.C. 20036
(202) 728-1888



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Reed N Colfax*

was duly qualified and admitted on May 11, 2001 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 18, 2026.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*