IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHELLE WALKER

     Plaintiff,

v.

RETURN TO THE LAND; RETURN TO
THE LAND, OZARKS CHAPTER;
WISDOM WOODS LLC; ERIC ORWOLL;
PETER JULIUS CSERE; GAVIN BAKER;
PETER NEUGEBAUER; and SCOTT
THOMAS HALLOWOOD,

     Defendants.

Case No. ___3:26-cv-00151-DPM___

## PLAINTIFF'S MOTION TO ADMIT EDWARD OLDS *PRO HAC VICE*

The undersigned counsel, upon the attached Declaration of Edward Olds, moves this Court for an Order admitting Edward Olds *pro hac vice* on behalf of the Plaintiff in the above-captioned matter.

Edward Olds is a member in good standing of the Bars of the District of Columbia, New Mexico, and New York. He is admitted to practice in the District of New Mexico, the Eastern District of New York, the Southern District of New York, and the Tenth Circuit Court of Appeals. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: Relman Colfax PLLC, 1225 19th St NW, Suite 600, Washington, D.C. 20036.

Under Local Rule 83.5(d), Edward Olds designates me, Kendall Lewellen, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local

counsel with whom the Court and opposing counsel may readily communicate. My physical and

e-mail addresses are as follows:

> Kendall Lewellen
> Legal Aid of Arkansas
> 320 Executive Court, Ste. 201
> Little Rock, AR 72205
> klewellen@arlegalaid.org
> Tel: (870) 972-9224

> Plaintiff requests that Edward Olds be granted permission to appear pro hac vice on this

cause.

Dated: May 28, 2026

> Respectfully submitted,
> Kendall Lewellen (Ark. Bar. No. 2016193)
> Legal Aid of Arkansas
> 320 Executive Court, Ste. 201
> Little Rock, AR 72205
> klewellen@arlegalaid.org
> Tel: (870) 972-9224

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MICHELLE WALKER

     Plaintiff,

v.

RETURN TO THE LAND; RETURN TO
THE LAND, OZARKS CHAPTER;
WISDOM WOODS LLC; ERIC ORWOLL;
PETER JULIUS CSERE; GAVIN BAKER;
PETER NEUGEBAUER; and SCOTT
THOMAS HALLOWOOD,

     Defendants.

Case No. 3:26-cv-00151-DPM _____

**DECLARATION OF EDWARD OLDS
IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

I, Edward Olds, declare under penalty of perjury that the following is true and correct:

1.     I am an attorney of Relman Colfax PLLC and counsel for Plaintiff in the above-captioned matter. I submit this Declaration in support of the Motion of Kendall Lewellen for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Kendall Lewellen, who is a member in good standing of this Court.

2.     I am an attorney licensed in the District of Columbia (Bar Registration No. 90004730). I was admitted to practice in the District of Columbia in 2022. I was also admitted to practice in the State of New York in 2019 (Bar Registration No. 5685946) and was admitted to practice in the State of New Mexico in 2024 (Bar Registration No. 163311). My office address is Relman Colfax PLLC, 1225 19th St NW, Suite 600, Washington, D.C. 20036.

3.      I am in good standing and currently eligible to practice in the Courts of New York, New Mexico, the District of Columbia. I am also in good standing and currently eligible to practice in the U.S. District Courts for the District of New Mexico, the Eastern District of New York, the Southern District of New York, and the U.S. Court of Appeals for the Tenth Circuit.

4.      No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5.      Plaintiff has requested my representation in the above-captioned matter.

6.      I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

Dated:  May 26, 2026

/s/ Edward Olds
Edward Olds (N.Y. Bar No. 5685946)
tolds@relmanlaw.com
1225 19th St NW, Suite 600
Washington, D.C. 20036
(202) 728-1888



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# Edward K Olds

*was duly qualified and admitted on October 24, 2022 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on May 19, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*