**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MICHELLE WALKER

     Plaintiff,

v.

RETURN TO THE LAND, RETURN TO
THE LAND, OZARKS CHAPTER,
WISDOM WOODS LLC, ERIC ORWOLL,
PETER JULIUS CSERE, GAVIN BAKER,
PETER NEUGEBAUER, and SCOTT
THOMAS HALLOWOOD,

     Defendants.

Case No. 3:26-cv-151-DPM

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Jason Bailey and respectfully requests that the Court permit him to withdraw as counsel for Plaintiff Michelle Walker in this matter. Plaintiff has been provided reasonable notice of this request, and Defendants have likewise been notified pursuant to Local Rule 83.5(f). Plaintiff will continue to be represented by Legal Aid of Arkansas and Relman Colfax PLLC, and accordingly, this withdrawal will not interrupt Plaintiff's representation or otherwise prejudice the parties or these proceedings.

WHEREFORE, Jason Bailey respectfully requests that the Court grant this Motion to Withdraw as Counsel.

Respectfully submitted,

*/s/ Jason Bailey*
Jason Bailey (Ark. Bar No. 2015228)
NAACP Legal Defense and
Educational Fund, Inc.

1

700 14th Street. NW, Suite 600
Washington, DC 20005
(202) 682-1300
jbailey@naacpldf.org

## **CERTIFICATE OF SERVICE**

I, Jason Bailey, hereby certify that on July 22, 2026, I caused the foregoing to be filed via the Court's CM/ECF system, which effectuated service upon all counsel.

/s/ Jason Bailey
Jason Bailey
*Attorney for Plaintiff*