**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MICHELLE WALKER

     Plaintiff,

v.

RETURN TO THE LAND, RETURN TO
THE LAND, OZARKS CHAPTER,
WISDOM WOODS LLC, ERIC ORWOLL,
PETER JULIUS CSERE, GAVIN BAKER,
PETER NEUGEBAUER, and SCOTT
THOMAS HALLOWOOD,

     Defendants.

Case No. 3:26-cv-151-DPM

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Justyce Yuille and respectfully requests that the Court permit her to withdraw as counsel for Plaintiff Michelle Walker in this matter. Plaintiff has been provided reasonable notice of this request, and Defendants have likewise been notified pursuant to Local Rule 83.5(f). Plaintiff will continue to be represented by Legal Aid of Arkansas and Relman Colfax PLLC, and accordingly, this withdrawal will not interrupt Plaintiff's representation or otherwise prejudice the parties or these proceedings.

WHEREFORE, Justyce Yuille respectfully requests that the Court grant this Motion to Withdraw as Counsel.

Respectfully submitted,

*/s/ Justyce Yuille*
Justyce Yuille*
NAACP Legal Defense and
Educational Fund, Inc.

1

700 14th Street. NW, Suite 600
Washington, DC 20005
(202) 682-1300
jyuille@naacpldf.org
*Pro hac vice application pending*

**<u>CERTIFICATE OF SERVICE</u>**

I, Justyce Yuille, hereby certify that on July 22, 2026, I caused the foregoing to be filed

via the Court's CM/ECF system, which effectuated service upon all counsel.


_/s/ Justyce Yuille_
Justyce Yuille
_Attorney for Plaintiff_