**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MICHELLE WALKER,
Plaintiff,

v. Case No. 3:26-cv-00151-DPM

RETURN TO THE LAND; RETURN TO THE LAND, OZARKS CHAPTER; WISDOM WOODS LLC; ERIC ORWOLL; PETER JULIUS CSERE; GAVIN BAKER; PETER NEUGEBAUER; and SCOTT THOMAS HALLOWOOD,
Defendants.

**DECLARATION OF ERIC ORWOLL**

I, Eric Orwoll, declare as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth in this declaration. I make this declaration based on my personal knowledge unless otherwise stated, and if called to testify, I could and would testify competently to the matters set forth herein.

2. I am the President and a co-founder of Return to the Land ("RTTL"). I am also one of the approximately 31 members of Wisdom Woods LLC ("Wisdom Woods") and I reside on the property in Arkansas that is owned by Wisdom Woods.

3. RTTL is an unincorporated, worldwide private membership association with well over 1,000 members residing across the United States, Canada, Europe, and beyond. RTTL's members' primary activities are social — online engagement, meetups, gatherings, and similar associational events. RTTL does not own real estate. RTTL does not sell, rent,

lease, or otherwise offer real estate to anyone, whether a member or non-member.

4. RTTL's website references "collective land ownership" as one activity that members may pursue on their own initiative, but RTTL itself does not manage, control, or participate in any such activity. Only a small fraction of RTTL's membership — approximately 3% — is currently involved in any collective land-ownership project, and Wisdom Woods is that project.

5. Wisdom Woods LLC is a separate Arkansas limited liability company. It was formed by a small group of individuals — approximately thirty-one of RTTL's more than 1,000 members — for the purpose of jointly owning a single property in rural Arkansas, sharing the expenses associated with that property, and living together as an intentional community. Wisdom Woods is not a subsidiary of RTTL and is not controlled by RTTL. Membership in RTTL does not carry any right to join Wisdom Woods.

6. Wisdom Woods has its own admission process, separate from and stricter than RTTL's. That process requires a personal invitation from an existing Wisdom Woods member to someone the member already knows, an in-person visit to the property, an intent to homestead on the property, a criminal background check, and approval by a vote of the Wisdom Woods Board. None of these requirements references race, color, ancestry, or religion.

7. Wisdom Woods has no website. Wisdom Woods has never advertised any property, on any platform, in any medium, for sale or for rent. Wisdom Woods has never listed any property for sale or rent with any real estate broker, multiple listing service, or classified listing service, whether online or in print. There is no application available to members of

the general public to acquire any interest in Wisdom Woods.

8. Existing Wisdom Woods members may transfer an interest in Wisdom Woods only by personal invitation to someone they already know. Wisdom Woods functions no differently than it would if a single individual owned the property personally and invited people he knew to live there; the LLC structure exists only so that the residents can share expenses and responsibilities among themselves. It does not exist to facilitate, and has never been used to facilitate, any offering of real estate to the public.

9. I have never been approached by Michelle Walker, or by anyone on her behalf, about purchasing or renting land at Wisdom Woods.

10. I have no intention of selling my membership interest or share in Wisdom Woods. 11. To the extent that I or any other Wisdom Woods member would ever invite a new person to live at Wisdom Woods, that decision is personal to the inviting member, has never been advertised or announced to the public, and will not be advertised or announced to the public. To the best of my knowledge, I am not aware of any Wisdom Woods member ever offering to sell his or her interest to any member of the public.

12. I have never met Michelle Walker.

13. To my knowledge, Michelle Walker never contacted me, Wisdom Woods, or any Wisdom Woods member, at any time, for any reason, including to inquire about purchasing or renting land.

14. The first time I learned that Michelle Walker claimed any interest in purchasing land at Wisdom Woods was when I learned of this lawsuit.

15. Wisdom Woods has never advertised, and I have never advertised on behalf of Wisdom Woods, any property at Wisdom Woods for sale or for rent.

16. I have never authorized any person to advertise, offer, or hold out any Wisdom Woods property for sale to the public.

17. To the extent any notice, posting, or advertisement ever existed, or was ever attributed to RTTL or Wisdom Woods, suggesting that Wisdom Woods property was available for sale to the public, that notice, posting, or advertisement was not authorized by me or by Wisdom Woods, was published in error, or has been misunderstood or mischaracterized.

18. Attached hereto as Exhibit A is a true and correct copy of the Wisdom Woods LLC Operating Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2026.

/S/ Eric Orwoll

Eric Orwoll