**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MICHELLE WALKER,
Plaintiff,

v. Case No. 3:26-cv-00151-DPM

RETURN TO THE LAND; RETURN TO THE LAND, OZARKS CHAPTER; WISDOM WOODS LLC; ERIC ORWOLL; PETER JULIUS CSERE; GAVIN BAKER; PETER NEUGEBAUER; and SCOTT THOMAS HALLOWOOD,
Defendants.

**DECLARATION OF SCOTT THOMAS HALLOWOOD**

I, Scott Thomas Hallowood, declare as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth in this declaration. I make this declaration based on my personal knowledge unless otherwise stated, and if called to testify, I could and would testify competently to the matters set forth herein.

2. I am a co-founder and former Vice President of Return to the Land ("RTTL"). I am also a member and manager of Wisdom Woods LLC ("Wisdom Woods") and I reside on the property in Arkansas that is owned by Wisdom Woods.

3. I have reviewed the Declaration of Eric Orwoll filed together with this declaration. Based on my own personal knowledge as a co-founder of RTTL and a member of Wisdom Woods, the description of RTTL and Wisdom Woods set forth in paragraphs 3 through 8 of that declaration — including RTTL's size and structure, its lack of any real estate holdings, and Wisdom Woods' separate, invitation-only, race-neutral admission process — is accurate.

4. I have never been approached by Michelle Walker, or by anyone on her behalf, about purchasing or renting land at Wisdom Woods.

5. I have no intention of selling my membership interest or share in Wisdom Woods.

6. To the extent that I or any other Wisdom Woods member would ever invite a new person to live at Wisdom Woods, that decision is personal to the inviting member, has never been advertised or announced to the public, and will not be advertised or announced to the public. To the best of my knowledge, I am not aware of any Wisdom Woods member ever offering to sell his or her interest to any member of the public.

7. I have never met Michelle Walker.

8. To my knowledge, Michelle Walker never contacted me, Wisdom Woods, or any Wisdom Woods member, at any time, for any reason, including to inquire about purchasing or renting land.

9. The first time I learned that Michelle Walker claimed any interest in purchasing land at Wisdom Woods was when I learned of this lawsuit.

10. Wisdom Woods has never advertised, and I have never advertised on behalf of Wisdom Woods, any property at Wisdom Woods for sale or for rent. I have never authorized any person to advertise, offer, or hold out any Wisdom Woods property for sale to the public.

11. Wisdom Woods is a private organization. I belong to it to share the expenses associated with the land on which I live. Wisdom Woods does not sell land.

12. To the extent any notice, posting, or advertisement ever existed, or was ever attributed to RTTL or Wisdom Woods, suggesting that Wisdom Woods property was available for sale to the public, that notice, posting, or advertisement was not authorized by me or by Wisdom Woods, was published in error, or has been misunderstood or mischaracterized.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2026.

Scott Thomas Hallowood