**DECLARATION OF MICHELLE WALKER**

1. I, Michelle Walker, hereby attest that I am over the age of eighteen and I am competent to testify with respect to the matter below.

2. I am white. My father's ancestors were English immigrants who came to colonial America in the 1600s. My mother's ancestors were Russian Jewish immigrants who came to the United States in the 1900s. I am a Christian.

3. My husband is a Black man of African and Irish ancestry. We have three children together, who are biracial.

4. I live near St. Louis, Missouri, where I work as a real estate agent.

5. In the summer of 2025, I learned about Return to the Land from a local news piece. The story reported that Return to the Land had started a neighborhood in Arkansas (the "RTTL Community"), and that it was selling land in Northeast Arkansas for a below-market price.

6. I have experience investing in real estate and have vacationed with my family in Southern Missouri, near the Arkansas border. Based on my understanding of land prices in the Ozarks region, land usually sells for considerably more than the prices that Return to the Land was advertising.

7. In early November of 2025, I went to the Return to the Land website, ReturntotheLand.org, to apply for the organization. I did so because I wanted to purchase land in the RTTL Community.

8. The Return to the Land website confirmed that one of the organization's goals was to "facilitate individuals and groups that share common ancestry to purchase land in rural areas."

9. I was surprised by the questions on the Return to the Land application form, which asked about my religion, sexuality, and ethnic ancestry. As a realtor, I knew that it was improper to gather this information for an application related to a real estate transaction. I decided to take photos of the application. The photos that I took are attached to this Declaration as Exhibit 1.

10. The Return to the Land application form asked me to describe my "ancestry" and that of my "spouse and children if different." It specifically defined "ancestry" as "the geographical/ethnic origins of your family." In response, I wrote:

> My dad's side of the family have been here from England in the 1600's. My distant great grandfather was the first Lord Baltimore of Maryland. My husband is of Irish and African decent. My children are a mix of all of the above.

11. The Return to the Land application form asked me to describe my "religious and philosophical views." I responded, "I am a Christian. I believe Jesus died for my sins and through believing in him, I will have a heavenly eternal life. People are people."

12. The Return to the Land application form asked me for my "political and social views" regarding "controversial topics," including "segregation" and "multiculturalism." In response to those questions, I responded that I did not support segregation, and that I "prefer a community with a variety of different ancestral origins."

13. The Return to the Land application form asked me to describe my "political and social views." I responded, "I am a moderate conservative with socially accepting views."

14. The Return to the Land application form asked me why I was interested in the project and how I found out about it. I responded, "I like the idea of returning to the land. My ancestors were some of the first settlers in America and I would like to be part of a community that honors our nation with a focus on nature. I saw you on the news."

15. After I submitted the application form, I was able to sign up for an interview through the Return to the Land website.

16. I was assigned to an interviewer named Elizabeth. I did not learn her last name. She cancelled the original interview time I had scheduled, so I messaged her on Telegram. She agreed to reschedule the interview for December 23, 2025. A complete record of our Telegram communications is attached to this Declaration as Exhibit 2.

17. The interview took place on Jitsi Meet, a video conference platform. The interview took approximately twenty minutes.

18. During the interview, Elizabeth asked me about my ethnic ancestry. I explained that my father's ancestors were English settlers, and that my mother's ancestors were Russian Jewish immigrants. I also told her that my husband is Black and my children are biracial. Elizabeth asked me if I belonged to any other white nationalist groups, and I told her that I did not.

19. Elizabeth asked me to further explain why I was applying to Return to the Land. I told her that I wanted to buy land in the RTTL Community at the advertised price and that I enjoy spending time outdoors and gardening. She told me that before I could visit the RTTL Community and buy land there, I would need to be admitted to Return to the Land, pay a $25 membership fee, and sign a membership contract.

20. The video feature did not work during the interview. After the interview, Elizabeth asked me to send her a short video clip that showed my face. In the video clip, I stated, "Hello Elizabeth, this is Michelle Walker. We just had our interview. Just wanted to say Merry Christmas." In the background of the video, a photo of me with my husband and children was visible.

21. On January 20, 2026, I sent Elizabeth a message on Telegram, which read, "Hi there. Do you know when I should expect my approval? It's been close to a month. Thanks!" She responded, "Well, I wouldn't say to expect an approval. But if you're approved, then you probably would have received it." She added, "If you are approved, they will send an email."

22. I followed up with Elizabeth again on January 29, February 17, and February 23, but heard nothing more from her.

23. In March, I noticed that my application portal on the Return to the Land website had updated to say, "Your application to join RTTL was not successful. We have very strict membership criteria and may have determined that you are not an ideal fit for the association. We apologize for the inconvenience and wish you the best in your future endeavors. If you believe this decision was made in error, you may contact apply@email.returntotheland.org."

24. After I applied to Return to the Land, I did further research about the organization and the RTTL Community. My research included reading news articles about the community, looking at social media posts from Eric Orwoll, Peter Csere, and Scott Thomas Hallowood, and watching interviews of Eric Orwoll, Peter Csere, and Scott Thomas Hallowood. Through my research, I confirmed that the RTTL Community only sells land to members of Return to the Land. I also learned that the RTTL Community excludes people with Jewish ancestry, with Black spouses, or with biracial heritage.

25. I was saddened to discover the degree of animus that the Defendants have towards myself, my husband, and my children. It was distressing to learn the Defendants were unwilling to own homes near people who looked like us.

26. Once my Return to the Land application was rejected, I had no way to purchase land in the RTTL Community.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

EXECUTED WITHIN THE UNITED STATES ON: September 4, 2026

BY ______________________________

Michelle Walker