# EXHIBIT 1

Bias Override Instru × | (26,355 unread) - n × | Deals, Sale & Clear × | STL Buy and Sell - ( × | Southwest Airlines × | Schedule - NAR NX × | Return to the Land × +

returntotheland.org/about

AOL | MARIS | Transaction Rooms | zipForm® | QuickBooks | STL Intranet | Campus Parent Po... | The Landing | RPR Dashboard | HouseLogic | Buildium | » | All Bookm

Work

About | Locations | Membership | Donate | Events | Sign O

# About Us

Return to the Land is a private membership association (PMA) for individuals and families with traditional views and common continental ancestry. We hold events and conferences, and we help groups of our members form European heritage communities.

## Vision

We seek to create a decentralized movement, formed of various individuals and societies returning to the land. We will promote strong families with common ancestry, and raise the next generation in an environment that reflects our traditional values. We will facilitate economic and social harmony between all groups and individuals in our movement. Above all, we will continue to engage in a never-ending pursuit of excellence, refusing to lower our standards or lose sight of our goals.

## Mission

We will return to the land to separate ourselves from a failing modern society, and we will make positive cultural changes in ourselves and in our ancestral communities.

## Goals

- To facilitate individuals and groups that share common ancestry to purchase land in rural areas.
- To facilitate media activities to promote our movement.
- To create many independent and fully-functioning parallel societies.
- To teach, share, and develop successful methods of garnering independence and building community.
- To cultivate wholesomeness, beauty, health, and hope in a trying world.

## Legal Disclaimer

MacBook Air

Bias Override Instru | (26,354 unread) - | Deals, Sale & Cleara | STL Buy and Sell - | Southwest Airlines | Schedule - NAR NX | Return to the Land

returntotheland.org/apply/part-4

AOL | MARIS | Transaction Rooms | zipForm® | QuickBooks | STL Intranet | Campus Parent Po... | The Landing | RPR Dashboard | HouseLogic | Buildium | All Bookmarks

Work

About | Locations | Membership | Donate | Events | Sign Out

Back to Application Summary

Application Progress

## Ancestry

**Please describe your ancestry, and that of your spouse and children if different (the geographical/ethnic origins of your family ***

My dad's side of the family have been here from England in the 1600's. My distant great grandfather was the first Lord Baltimore of Maryland.
My mom's side of the family were Russian Jewish immigrants, arriving to the US in the early 1900's.
My husband is of Irish and African decent.
My children are a mix of all of the above.

characters remaining: 696

Save

MacBook Air

Bias Override Instru | (26,354 unread) - n | Deals, Sale & Clear | STL Buy and Sell - ( | Southwest Airlines | Schedule - NAR NX | Return to the Land

returntotheland.org/apply/part-9

Work

AOL | MARIS | Transaction Rooms | zipForm® | QuickBooks | STL Intranet | Campus Parent Po... | The Landing | RPR Dashboard | HouseLogic | Buildium | All Bookmarks

About | Locations | Membership | Donate | Events | Sign Out

Back to Application Summary

Application Progress

## Religious and Philosophical Views

**Please briefly describe your religious and philosophical views. ***

I am a Christian. I believe Jesus died for my sins and through believing in him, I will have a heavenly eternal life. People are people.

characters remaining: 885

Save

MacBook Air

Bias Override Instru × | 1 New Message × | Deals, Sale & Clear × | STL Buy and Sell - ( × | Southwest Airlines × | Schedule - NAR NX × | Return to the Land ×

returntotheland.org/apply/part-11

AOL | MARIS | Transaction Rooms | zipForm® | QuickBooks | STL Intranet | Campus Parent Po... | The Landing | RPR Dashboard | HouseLogic | Buildium | All Bookmarks

## Social Perspectives

Return To The Land has very specific membership criteria regarding political and social views. Please answer these questions regarding controversial topics. Anything that needs further explanation can be done in the interview.

**I support gay marriage *** — (●) Yes ( ) No ( ) Neutral

**I support transgenderism *** — ( ) Yes ( ) No (●) Neutral

**I support foreign immigration *** — ( ) Yes ( ) No (●) Neutral

**I support the COVID vaccine and mask *** — ( ) Yes ( ) No (●) Neutral

**I support abortion *** — ( ) Yes ( ) No (●) Neutral

**I support segregation *** — ( ) Yes (●) No ( ) Neutral

**I support procreation *** — (●) Yes ( ) No ( ) Neutral

**I support multiculturalism ***
- (●) I prefer a community with a variety of different ancestral origins
- ( ) I prefer a community where everyone shares common continental ancestry
- ( ) Neutral

**How often do you think about the Roman empire? ***
- ( ) Every day, at least once
- ( ) A few times a week, probably
- ( ) Very rarely
- (●) Never

MacBook Air

Bias Override Instru × | (26,354 unread) - n × | Deals, Sale & Clear × | STL Buy and Sell - ( × | Southwest Airlines | × | Schedule - NAR NX × | Return to the Land ×

returntotheland.org/apply/part-8

AOL | MARIS | Transaction Rooms | zipForm® | QuickBooks | STL Intranet | Campus Parent Po... | The Landing | RPR Dashboard | HouseLogic | Buildium | All Bo

About | Locations | Membership | Donate | Events | Sign

Back to Application Summary

Application Progress

## Social and Political Perspectives

**Please briefly describe your political and social views. ***

I am a moderate conservative with socially accepting views.

characters remaining: 969

Save

MacBook Air


returntotheland.org/apply/part-6
Return to the Land
About
Locations
Membership
Donate
Events
Back to Application Summary
Application Progress
Interest
Why are you interested in our project, and how did you find out about us? *
I like the idea of returning to the land. My ancestors were some of the first settlers in America and I would like to be a part of a community that honors our nation with a focus on nature. I saw you on the news.
characters remaining: 816
Save
MacBook Air




Back to Application Summary

Application Progress

**Criminal Record**

**Do you have a criminal record? Please explain. ***

No

characters remaining: 1026

Save

Bias Override Instru ✕ | (26,354 unread) - n ✕ | Deals, Sale & Cleara ✕ | STL Buy and Sell - ( ✕ | Southwest Airlines | ✕ | Schedule - NAR NX ✕ | Return to

returntotheland.org/apply/part-10

OL MARIS Transaction Rooms zipForm® QuickBooks STL Intranet Campus Parent Po... The Landing RPR Dashboard HouseLogic Buildium

About | Locations | Membership | Donate | Events

Back to Application Summary

Application Progress

## Federal Employment

\re you currently employed by, or otherwise receive funds to perform work for, the United States federal government, or a contractor / affiliate / partner of the Unit
States federal government? *

○ Yes ◉ No

Save

)24 RTTL. All Rights Reserved.

About Telegram

Bias Override Instru | (26,354 unread) - | Deals, Sale & Clear | STL Buy and Sell - | Southwest Airlines | Schedule - NAR NX | Return to the Land

returntotheland.org/apply/part-5

AOL | MARIS | Transaction Rooms | zipForm® | QuickBooks | STL Intranet | Campus Parent Po... | The Landing | RPR Dashboard | HouseLogic | Buildium | All Bookmar

Work

About | Locations | Membership | Donate | Events | Sign Out

Back to Application Summary

Application Progress

## Skills

**Describe any special skills or trades you have. ***

Real estate knowledge, property investment management, and a very green thumb.

characters remaining: 949

Save

MacBook Air

Bias Override Instru | (26,354 unread) - n | Deals, Sale & Clear | STL Buy and Sell - ( | Southwest Airlines | Schedule - NAR NX | Return to the Land

returntotheland.org/apply

Work

AOL | MARIS | Transaction Rooms | zipForm® | QuickBooks | STL Intranet | Campus Parent Po... | The Landing | RPR Dashboard | HouseLogic | Buildium | All Bookmar

About | Locations | Membership | Donate | Events | Sign Out

## Thanks for applying to join our PMA!

You've already completed the questionnaire. The next step is to be interviewed by a member of RTTL.

You can use any of the interview rooms listed below:

### Interview Room A:

Schedule your interview by clicking this link.

**We will not call you.** At your scheduled meeting time, you must click the meeting link (works in browser or Jitsi app.)

### Interview Room B:

Schedule your interview by clicking this link.

**We will not call you.** At your scheduled meeting time, you must click the meeting link (works in browser or Jitsi app.)

### Who will my interviewer be?

We have a rotating staff of interviewers. Your interviewer will not necessarily be the person listed on the Calendly appointment.

MacBook Air

Bias Override Instru | (26,354 unread) - n | Deals, Sale & Cleara | STL Buy and Sell - ( | Southwest Airlines | | Schedule - NAR NX | Return to the Land

returntotheland.org/apply

AOL | MARIS | Transaction Rooms | zipForm® | QuickBooks | STL Intranet | Campus Parent Po... | The Landing | RPR Dashboard | HouseLogic | Buildium | All Bookmarks

Work

**We will not call you.** At your scheduled meeting time, you must click the meeting link (works in browser or Jitsi app.)

## Who will my interviewer be?

We have a rotating staff of interviewers. Your interviewer will not necessarily be the person listed on the Calendly appointment.

## No interview slots available?

**If you cannot find a timeslot,** please join this Telegram lobby to wait for walk-in appointments as they are available:.RTTL Interview Lobby

**We add new interview slots weekly.** If you don't see any available, that means all slots for the next week are full. You can check back each day to see when more become available for the following week. Or, you can join the RTTL Interview Lobby (see above) where walk-in appointments are announced as they become available.

©2024 RTTL. All Rights Reserved.

About
Locations
Membership
Donate
Events

Telegram
X (Twitter)
Substack
TikTok

MacBook Air

Locations | Membership | Donate | Events

## Applicant Information

Applicant ID: 9994

Email: michelleinstl@aol.com

Application Date: 2025-11-06 20:35 UTC

Application Status: Rejected

## Application Status Details

Your application to join RTTL was not successful. We have very strict membership criteria and may have determined that you are not an ideal fit for the association. We apologize for any inconvenience and wish you the best in your future endeavors. If you believe this decision was made in error, you may contact apply@email.returntotheland.org.