# EXHIBIT 2

1:33 3:46

Elizabeth
last seen 6 minutes ago

December 19, 2025

Hi there. We were scheduled last month and you had something come up. I'm not seeing any availability, even though I've looked at the calendar numerous times since then. Can you help me reschedule? 2:18 PM

Sure what time zone are you and what is your availability ?? 2:21 PM

Central and I'm flexible 2:24 PM

ok. I normally do interviews Tuesday and Thursdays mornings and there are always no shows. I could message you when there is a no show or I can scheduled you a set time 2:27 PM

A set time works better for me. 2:27 PM

ok I can do this Tuesday, just remembered next Thursday is Christmas, at 12 for certain. I can

if needed

Message

1:33 3:52

**Elizabeth**
last seen 6 minutes ago

2:27 PM

ok I can do this Tuesday, just remembered next Thursday is Christmas, at 12 for certain. I can make some other time and day work if needed 2:31 PM

December 20, 2025

What time Tuesday? I can make it work :-) 1:38 PM

12 4:59 PM

I'll see you then 6:05 PM

December 23, 2025

Your RTTL interview is in a hour. Please join this link at that time https://meet.jit.si/rttlinterview

meet.jit.si
**Jitsi Meet**
Join a WebRTC video conference powered by the Jitsi Videobridge

11:08 AM

you can join anytime 11:38 AM

Message

10:15

Jitsi Meet

Elizabeth
last seen 4 minutes ago

11:08 AM

you can join anytime 11:38 AM




thank you edited 12:04 PM

January 20

Hi there. Do you know when I should expect my approval? It's been close to a month. Thanks! 8:45 AM

Well, I wouldn't say to expect an approval. But if you're approved, then you probably would have

If you send your email you used on

Message

9:24 5G UC

Elizabeth
last seen 13 minutes ago

December 23, 2025



12:04 PM

thank you edited 12:04 PM

Today

Hi there. Do you know when I should expect my approval? It’s been close to a month. Thanks! 8:45 AM

Well, I wouldn't say to expect an approval. But if you're approved, then you probably would have received it.
If you send your email you used on the app, I can look 8:55 AM

[redacted]@aol.com 8:55 AM

Well can't say. If you are approved they will send an email. 9:00 AM

Message

10:15

**Elizabeth**
last seen 4 minutes ago

January 20

Hi there. Do you know when I should expect my approval? It's been close to a month. Thanks!
8:45 AM

Well, I wouldn't say to expect an approval. But if you're approved, then you probably would have received it.
If you send your email you used on the app, I can look
8:55 AM

[redacted]@aol.com 8:55 AM

Well can't say. If you are approved they will send an email.
9:00 AM

January 29

I haven't seen any emails. Should I conclude that my application has been rejected?
10:57 AM

February 17

How can I check the status?
10:53

Message

10:15

Elizabeth
last seen 4 minutes ago

Well, I wouldn't say to expect an approval. But if you're approved, then you probably would have received it.
If you send your email you used on the app, I can look 8:55 AM

[redacted]aol.com 8:55 AM

Well can't say. If you are approved they will send an email. 9:00 AM

January 29

I haven't seen any emails. Should I conclude that my application has been rejected? 10:57 AM

February 17

How can I check the status? 10:53 AM

February 23

I haven't heard from you. In the absence of a response, I will conclude it means I have not been accepted 10:27 AM

Message