**DECLARATION OF MIRIAM PIERSON**

I, Miriam Pierson, hereby declare as follows:

1. I am an attorney at Relman Colfax PLLC. This declaration is based on my personal knowledge. I am more than 18 years old and am competent to provide the testimony herein.

2. I prepared the exhibits that are attached to this Declaration.

3. Exhibit A compiles screenshots of advertisements or statements about land sales from the Return to the Land (RTTL) website, ReturntotheLand.org. Archived versions of the original webpages are available through the Internet Archive (also known as the "Wayback Machine"). Citations to the relevant archived pages are included in the exhibit's footnotes.

4. Exhibit B provides screenshots of a representative sample of Defendants' social media posts regarding their race-and religion-based admissions policies for land sales. The posts are from accounts associated with Defendant Eric Orwoll (@Aarvoll_ on X) and Defendant Scott Thomas Hallowood (@scottth86 on X). I took these screenshots using Page Vault, a web capture service designed for use in legal proceedings. The link to the original social media post is visible in the bottom lefthand corner of each page. I have redacted the username and profile picture of the X account that I was logged into when I captured certain of the screenshots.

5. Exhibit C provides screenshots of a representative sample of Defendants' social media posts regarding the legal structure of the Return to the Land private membership organization and its relationship with Wisdom Woods, LLC. The posts are from accounts associated with Defendants Eric Orwoll (@Aarvoll_ on X) and Return to the Land (@RTTL_Official on X). I took these screenshots using Page Vault. The link to the original social media post is visible in the bottom lefthand corner of each page. I have redacted the

username and profile picture of the X account that I was logged into when I captured certain of the screenshots.

6. Exhibit D is a copy of the original Wisdom Woods Operating Agreement that Defendants made available on the RTTL Website, ReturntotheLand.org, through at least February of 2025. The document has been archived by the Internet Archive and is available at https://web.archive.org/web/20240113043203/https://www.returntotheland.org/assets/LLC-Operating-Agreement.pdf. The redactions were done by Defendants prior to posting the document on their website.

7. Exhibit E is a copy of the Return to the Land Ozarks Articles of Association that Defendants made available on the RTTL Website, ReturntotheLand.org, through at least February of 2025. The document is archived on the Internet Archive and is available at https://web.archive.org/web/20240113043205/https://www.returntotheland.org/assets/RTTL-PMA.pdf. The redactions were done by Defendants prior to posting the document on their website.

8. Exhibit F provides screenshots of a representative sample of Defendants' social media posts advertising opportunities to purchase land in the RTTL Community and describing how prospective buyers can apply to purchase land. The document includes posts and comments associated with Defendant Peter Csere (Telegram Posts), Defendant Scott Thomas Hallowood (@scottth86 on X), Defendant Eric Orwoll (@Aarvoll_ on X), a founding member of RTTL who goes by the internet pseudonym "Carnic" (@eatmeatandwin on X), and a resident of the RTTL Community named John (@john_0x01 on X). I took these screenshots using Page Vault, a web capture service. I have redacted the username and profile picture of the X account that I used to

take the screenshots. The link to the original social media post is visible in the bottom lefthand corner of each page.

9. Exhibit G is a webpage posted on ReturntotheLand.org that describes RTTL's legal structure. The document is archived on the Internet Archive and is available at https://web.archive.org/web/20240614182347/https://www.returntotheland.org/#/about.

BY *Miriam Pierson*

Miriam Pierson
Relman Colfax, PLLC