# EXHIBIT A

**Website Home Page – January 2024**



[1]

[1] *Home Page*, Return to the Land, archived at https://web.archive.org/web/20240113043149/https://www.returntotheland.org/#/home.

## Main Page – April & May 2024



[2]

---

[2] *Home Page*, Return to the Land, archived at https://web.archive.org/web/20240405210732/https://returntotheland.org/#/home.

# Locations Page – March & April 2025

**Arkansas Ozarks Community I**




These lots are tied to membership interest in our LLC. You can purchase a share of membership interest in the LLC to become a landowner/homesteader via the LLC. Contact us for pricing and payment plans. Lots without color are not available. Only PMA members may apply to purchase membership interest in the LLC.

Share | Learn More | Purchase a Lot [3]

[3] *Locations*, Return to the Land, archived at https://web.archive.org/web/20250307171932/https:/returntotheland.org/locations.

# Locations Page – May & June 2025

**Arkansas Ozarks Community I**




These lots are tied to membership interest in our LLC. You can purchase a share of membership interest in the LLC to become a landowner/homesteader via the LLC. Contact us for pricing and payment plans. Lots without color are not available. Only PMA members may apply to purchase membership interest in the LLC.

Share | Learn More | Purchase a Lot [4]

---

[4] *Locations*, Return to the Land, archived at https://web.archive.org/web/20250513025836/ https://returntotheland.org/locations.

**<u>Locations Page – June & July 2025</u>**

**Arkansas Ozarks Community I**




Community 1 in northeast Arkansas was founded in October 2023. The 160 acre parcel is home to numerous families, and construction of new homes is well underway.

Share | Learn More | Purchase a share [5]

---

[5] *Locations*, Return to the Land, archived at https://web.archive.org/web/20250630200127/https://returntotheland.org/locations.