# EXHIBIT B

Post

Search

Home
Explore
Notifications
Chat
Grok
History
Follower reque...
Profile
More

Post

This Post was deleted by the Post author. Learn more

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
Any messaging that suggests segregation based on the color of someone's skin is going to work against everything you've built up (and is just plain wrong).
2 3 223

**Aarvoll** @Aarvoll_ · Dec 17, 2023
Whites don't have a moral obligation to live with brown people
1 7 195

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
Wait, do they have a moral obligation to live with white people?
1 142

**Aarvoll** @Aarvoll_ · Dec 17, 2023
They have the right to if they want. And their communities will probably be healthier for it, since diversity has been shown to decrease social trust.
1 4 133

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
Of course you should have the right to live with whomever you want.

I'm just having a hard time understanding how the color of a person's skin should factor into that decision.

Do you think that past a certain shade of white, The pigment in a person's skin makes them evil?
1 1 140

**Aarvoll** @Aarvoll_ · Dec 17, 2023
It's not about skin color but common ancestry. If someone has a similar genome to me they will tend to be more similar in many ways, including moral intuitions and style of thinking. It's easier to get along with people who are more similar on average.
1 6 156

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
So you believe that moral intuitions and style of thinking are actually carried in the genome?
1 138

**Aarvoll** @Aarvoll_ · Dec 17, 2023
Not entirely, culture also transmits those things, but common ancestry is highly correlated with common culture anyway.
1 5 158

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
So then you'd be okay with a brown (or black or yellow or olive or whatever) person joining that community if he was culturally similar to the white people living there.
1 143

**Aarvoll** @Aarvoll_ · Dec 17, 2023
No, culture is only part of it. Inheritance also independently impacts cognition directly. And the data shows that racially diverse communities have higher crime and lower trust. There are plenty of people with shared ancestry to draw on, there's no need to look beyond them.
1 5 169

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
So if a black or brown person was adopted and raised by white people with white culture, you still don't think they belong in a white community because there's enough people with white skin to draw

[redacted]

**Relevant people**

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**Frank Grimeson** @FrankGrimeson Follow

**What's happening**

Trending
**Lindsay**

Trending
**Nevadans**

Trending in United States
**Claret**

Trending in United States
**Steve Irwin**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

Post

1 · 5 · 169

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
So if a black or brown person was adopted and raised by white people with white culture, you still don't think they belong in a white community because there's enough people with white skin to draw from?

1 · 156

**Aarvoll** @Aarvoll_ · Dec 17, 2023
They wouldn't belong in communities made for the preservation of White identity: they're not White and they can't have White kids. It's ok to value hair color, eye color, skin color for their own sake too, maybe the world is better off not being only various shades of brown.

1 · 4 · 235

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
So it is about skin color then. You have to understand how this ideology would seem hateful to people who aren't white. Instead of judging each person on their merits, including cultural idiosyncrasies, you're judging them based on the color of their skin.

1 · 141

**Aarvoll** @Aarvoll_ · Dec 17, 2023
Bad reading comprehension here... Skin color isn't everything, but it's something, same with culture, same with ancestry. Identity is complex, but you want to reduce it to some one thing in isolation. Instead I say take the whole as its given, with culture, race, appearance, etc.

1 · 3 · 171

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
I isolated skin color by giving you the example of an adopted kid. So I think my reading comprehension is just fine.

1 · 149

**Aarvoll** @Aarvoll_ · Dec 17, 2023
That's still not just skin color, there are also genetic impacts on cognition- like I said before. Your appearance, your brain structure, your hormone levels are all highly heritable, and those things all have an impact on how you get along with others.

1 · 4 · 170

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
Fair enough. Your view is that white people are genetically distinct enough from non-whites that you'd prefer they only mate among themselves.
Now how do you identify if someone's white? What if they're Jewish and look white? What if they have a Native American great-grandparent?

1 · 172

**Aarvoll** @Aarvoll_ · Dec 17, 2023
By White I mean someone having European ancestry. Jews are part White and part Semitic, the guy with a Navajo great-grandparent is 7/8ths White. If that guy looks White and we like him there's a good chance he'd be admitted. If he was 1/2 Mexican he probably wouldn't be.

1 · 5 · 409

**Frank Grimeson** @FrankGrimeson · Dec 17, 2023
Ashkenazi Jews have about 80% European ancestry. So I take it Jews would be welcome?

If the half Mexican guy got lucky with the pigment inheritance and looked white, would you accept him or would you also do some kind of background check or genetic testing to confirm ancestry?

1 · 200

**Aarvoll** Follow

Home
Explore
Notifications
Chat
Grok
History
Follower reque...
Profile
More
Post

[redacted] ...

Search

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**Frank Grimeson** @FrankGrimeson Follow

## What's happening

Trending
**Lindsay**

Trending
**Nevadans**

Trending in United States
**Claret**

Trending in United States
**Steve Irwin**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

Home

Explore

Notifications

Chat

Grok

History

Follower reque...

Profile

More

Post

Post

Search

looked white, would you accept him or would you also do some kind of background check or genetic testing to confirm ancestry?

1 200

**Aarvoll** @Aarvoll_ Follow

There are many Jews and Mexicans who don't like Whites and might want to subvert a White community. So we'd be extra careful with anyone who might have ancestral allegiances to another group.

8:59 PM · Dec 17, 2023 · **285** Views

5 1

[redacted] Post your reply Reply

[redacted] ...

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**Frank Grimeson** @FrankGrimeson Follow

## What's happening

Trending
**Lindsay**

Trending
**Nevadans**

Trending in United States
**Claret**

Trending in United States
**Steve Irwin**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

← Post

. @Lindbergh58 · Dec 26, 2024
Are those a brown persons hands?
1 3 327

Aarvoll
@Aarvoll_

No, we're all White

1:21 AM · Dec 26, 2024 · **272** Views

2 10

. @Lindbergh58 · Dec 26, 2024
1 119

**Brendan Hall** @hall_brendano · Jan 20, 2025
You have to look white to be white.
38

**See all the replies**

Continue to X

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll**
@Aarvoll_
Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

← Post

**MK ✞** @mkwhataboutit · May 15, 2025

It's super funny when you realize that the majority of White People's alleged 'historical crimes,' boil down to things like segregation or apartheid. (Ie: living separately)

So apparently, any White person who thinks they should have any self determination in places they built Show more

64 442 6.1K 96K

**Return To The Land**
@RTTL_Official

We are building legal, Whites only communities for our people

returntotheland.org
Return to the Land
Private Membership Association

4:19 AM · May 16, 2025 · **632** Views

1 1 25 2

**Not In The Narrative** @NotInNarrative · May 16, 2025

The White Excellence spaces here on X are saying your Whites only communities are a form of balkanisation that is dangerous to our race and will lead to our demise. I was disappointed to hear this and I don't at all agree. How do you suggest countering their contention?

1 112

**See all the replies**

Continue to X

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

**Relevant people**

**Return To The Land**
@RTTL_Official
Follow

Terms · Privacy · Cookies · Accessibility · US TIDA ·
Ads Info · More ··· © 2026 X Corp.

Scan to get the app

Post

This Post was deleted by the Post author. Learn more

**Aarvoll** @Aarvoll_

I think you have bad intel on this, there aren't any non-Whites involved. Any of us would be fine providing DNA tests to prove it.

1:23 AM · Mar 28, 2025 · **99.9K** Views

57 6 748 29

**Panhandlegroyp⁷** @Panhangoy · Mar 28, 2025

bro replied INSTANTLY

when the GOAT knocks, you better answer the door.

5 44 1.9K

**BUGENHAGEN** @BU6ENHA6EN · Mar 28, 2025

It's over for you.




1 41 2.4K

**𝕰𝖙𝖊𝖗𝖓𝖆𝖑𝕲𝖗𝖔𝖞𝖕** @LanderZeeboy · Mar 28, 2025

Living like Amish people wont defeat Jewish AI drones, moron.

4 39 2.7K

**See all the replies**

Continue to X

## Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll** @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

← Post

This Post was deleted by the Post author. Learn more

**Aarvoll** @Aarvoll_

No one involved has a non-White spouse

1:53 AM · Mar 28, 2025 · **8.8K** Views

9 · 134 · 4

**Dr. BC** @DrBCcov · Mar 28, 2025
'JD Vance's wife is ARYAN'
1 · 1 · 30 · 935

**Halfmile88** @clan2mFL · Mar 28, 2025
Prove it.
3 · 17 · 2.5K

**Weapon of Kings** @Imperius_13 · Apr 12, 2025
These are the fruits of race communism, as predicted.

It doesn't correspond to real moral philosophy. There is a way of doing this right: houses, federalism.
3 · 60

**See all the replies**

Continue to X

Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

**Relevant people**

**Aarvoll** @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

← Post

This Post was deleted by the Post author. Learn more

**Aarvoll**
@Aarvoll_

Do you know that they will stay White? It's illegal to keep non-Whites out of local real estate except in frameworks like ours, and the non-White population is only growing.




8:32 PM · Jun 21, 2025 · **2.3K** Views

1 3 48 5

**See all the replies**

Continue to X

## Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll**
@Aarvoll_
Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

← Post

**Aarvoll** @Aarvoll_

Jews on Reddit found out about Return to the Land, and now they're all riled up against us.

God forbid a single explicitly White community should exist...

This is a losing battle for them if they decide to press it.

They get a state and nukes but we can't have a neighborhood?

5:39 PM · Jun 27, 2025 · **292.9K** Views

192 · 466 · 7.1K · 611

**Aarvoll** @Aarvoll_ · Jun 27, 2025




From reddit.com

20 · 15 · 538 · 34K

**Reid Siege** @ClwnWrldDiaries · Jun 27, 2025

Don't underestimate leftists, minorities, lawfare & Jewish money.

Some of the greatest WN projects, people & property have been destroyed by them.

Almost all of our progress in decades past were killed this way. Butler's Aryan Nation compound is one example.

7 · 5 · 333 · 16K

**See all the replies**

Continue to X

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll** @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

Post

Aarvoll @Aarvoll_

Organized Jewry is coming after me for having a White neighborhood

2:42 PM · Jun 28, 2025 · **258.3K** Views

169 452 7.3K 322

Aarvoll @Aarvoll_ · Jun 28, 2025
You'd think this was a schizo post, but that's actually what's happening

18 15 1K 22K

Æthelwulf @iamaethelwulf · Jun 28, 2025
We must secure the existence of white communities and a future for white neighborhoods

3 7 318 5.4K

**See all the replies**

Continue to X

Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

**Relevant people**

Aarvoll @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X ← Post

**Aarvoll** @Aarvoll_

Are Jews White?

-"White" implies having European ancestry

-Jews originated in the Levant

So being Jewish can't make someone White.

A Jew might happen to have European ancestry, but the more European they are, the less Jewish, necessarily, and the more Jewish the less White.

1:22 AM · Jun 30, 2025 · **40.1K** Views

93 35 889 72

**Aarvoll** @Aarvoll_ · Jun 30, 2025

This should be obvious, but I see "Jews are White" spammed all the time.

Being Jewish qua being Jewish doesn't confer Whiteness. A Jew can only ever incidentally have European ancestry. If someone's completely European, they can't be considered ethnically Jewish.

5 8 153 9.6K

**Aarvoll** @Aarvoll_ · Jun 30, 2025

The fact that some Blacks have some White ancestors doesn't mean that "Blacks are White".

Some Jews have some White ancestors, but Jews aren't White.

14 8 177 9.1K

**Classicist. †** @Classicist9999 · Jun 30, 2025

The jews are NOT White (European, Japhetite).

> Biblically: they are from Shem (Asian, yellow/brown race) and not of Japheth (White, European)

> genetically: they are distinct and easily identifiable

> they pretend to be White to undermine White nations




**See all the replies**

Continue to X

## Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll** @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

← Post

**bbclovr** @WhimsyJD · Aug 14, 2025

What are your ethnic requirements for people joining? Is it purely an ethnic dna thing, or do you require people to have ancestors dating back to Colonial times?

1 · 1 · 284

**Return To The Land** @RTTL_Official

European heritage but it's a case by case basis

3:46 PM · Aug 14, 2025 · **233** Views

1 · 10

**bbclovr** @WhimsyJD · Aug 14, 2025

Interesting, thank you

1 · 57

**See all the replies**

Continue to X

## Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Return To The Land** @RTTL_Official Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

← Post

THE Wandering Shrew @WShrew2 · Oct 3, 2025
Here's my conundrum. I am 100% northern European. I don't identify as a 'colour'. You seem to be using 'their' categorisation for your community. Why be pigeon-holed into an adjective? This makes me suspicious. Also, those who claim to be 'jewish' identify as 'white'. ?

1 · 405

Aarvoll
@Aarvoll_

We're a European heritage association, we don't use the term White in our documents, but I do use it in conversation because European and White are understood synonymously. Jews aren't White in the way that we use the term.

7:12 PM · Oct 3, 2025 · **446** Views

2 · 13

THE Wandering Shrew @WShrew2 · Oct 3, 2025
Make your property a 501c including residences.

48

THE Wandering Shrew @WShrew2 · Oct 3, 2025
Thank you for clarifying. I'm watching Nick's vid so that's why I've asked the question. Language is key and I wish you and your's the very best. Were I younger I'd be right there with you.

95

**See all the replies**

Continue to X

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

**Relevant people**

Aarvoll
@Aarvoll_
Follow

Terms · Privacy · Cookies · Accessibility · US TIDA ·
Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

← Post

**Aarvoll** @Aarvoll_

This weekend we had a 200+ person event at our White community in Arkansas

People were friendly and intelligent

There were dozens of kids playing together

Future Whites will be more race-loyal, more intelligent and more pro-social than average White people today

10:01 PM · Oct 28, 2025 · **61.7K** Views

138 317 4.1K 116

**Jack Moore** @JackMoore2025 · Oct 29, 2025

I want to come !




1 44 869

**Boewleon** @Boewleon · Oct 28, 2025

This is necessary. We must have more of this across Europe too, once we break out of these socialist demon governments.

We lost a Wayne Broadhurst today in Uxbridge, UK, to an outsider who murdered him.

43 1.8K

**SovereignMind** @JaredWDrury · Oct 28, 2025

People have been afraid to be proud to be white and that is a shame. They associate white pride with hate and that needs to end. It's not hateful to recognize our differences and not want to live around others or even to be wary of them.

**See all the replies**

Continue to X

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll** @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA ·

Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

← Post

**Aarvoll** @Aarvoll_

Men with non-White wives: please stop applying to RTTL

You're making me sad

2:47 PM · Nov 26, 2025 · **4.9M** Views

607 | 370 | 10K | 1.1K

**Ali Ashraf** @AliJamalAshraf · Nov 30, 2025

You literally did the meme




11 | 38 | 2.3K | 30K

**Zoomer** @ZoomerHistorian · Nov 26, 2025

Props for holding firm on this stuff, it would be very easy to do the 'nice' thing

1 | 5 | 1K | 35K

**Brotherhood** @DiggingInTheDi1 · Nov 26, 2025

Unless you establish a hard line with no exceptions it'll undo itself rapidly

This is the way

1 | 5 | 832 | 30K

**See all the replies**

Continue to X

## Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll** @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

← Post

**Hawthorn** @Foolofwinter · Jan 26

I am a white dude married to a white woman concerned about white interests. But I am certainly just an average American bloke. This post sort of confirms my fears and why I haven't bothered to join. Id be rejected anyways for being average.

1 · 295

**Aarvoll**
@Aarvoll_

Being average is fine, the issue is usually having a criminal history, having partial non-White ancestry, being a NEET, or having serious personality issues.

4:07 PM · Jan 27, 2026 · **291** Views

7

**Join the conversation**

Continue to X

## Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll**
@Aarvoll_

Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

← Post

This Post was deleted by the Post author. Learn more

**Aarvoll** @Aarvoll_

We're going to have dozens, then hundreds, then thousands of safe all White communities around the world; it's all for our kids and they deserve whatever it takes to provide it for them

6:28 PM · Jun 5, 2026 · **12.6K** Views

14 86 1.5K 25

**AronX** @DDHusban · Jun 5
Should start founding them in every state.

1 8 315

**Texa} Girl** @tay_lo0o · Jun 5
"Wherever you go, they'll be there eventually"
My grandfather used to say that. I hope you have a solid plan

7 245

**Gaius.XRP** @GaiusXrp · Jun 5
And some day, God willing an all White nation-state.

5 208

**See all the replies**

Continue to X

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll** @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app