# EXHIBIT C

X

← Post

Search

Home

Explore

Notifications

Chat

Grok

Premium

Money

History

Follower reque...

Profile

More

Post

[redacted] ...

This Post was deleted by the Post author. Learn more

**AndrewJoseph123** @AndrewJV123 · Dec 16, 2023
Don't know why you keep saying this. Literally illegal. The change obviously has to come from top down after a sufficient awakening and change of guard.
3 · 9 · 645

This Post is from a suspended account. Learn more

**AndrewJoseph123** @AndrewJV123 · Dec 17, 2023
I'm a lawyer. And yes it is illegal to build white only communities in America.

Fckin retard.
1 · 1 · 40

This Post is from a suspended account. Learn more

**AndrewJoseph123** @AndrewJV123 · Dec 17, 2023
It's called the fair housing act
1 · 93

**Aarvoll** @Aarvoll_ Follow

That doesn't cover properties managed by religious organizations or private clubs. That's how we're doing it. If you're a lawyer check out our documentation and tell us where we're infringing the fair housing act: returntotheland.org

Other legal council has said it's fine.

returntotheland.org
Return to the Land
Private Membership Association

2:17 AM · Dec 17, 2023 · **120** Views

1 · 2

[redacted] Post your reply Reply

**AndrewJoseph123** @AndrewJV123 · Dec 17, 2023
Interesting. I presume you were given sound counsel. Good luck 👍
1 · 30

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**AndrewJoseph123** @AndrewJV123 Follow
anti-zog. retweeting high and low iq antisemitism from across the political spectrum.

## What's happening

Politics · Trending
**Hegseth**

Sports · Trending
**Rams**

Politics · Trending
**Connecticut**

Sports · Trending
**#RaiseIt**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
← Post
Search
Home
Explore
Notifications
Chat
Grok
Premium
Money
History
Follower reque...
Profile
More
Post

This Post was deleted by the Post author. Learn more

**Bingo Observer** @fivebingo5 · Dec 16, 2023
What about civil rights laws making voluntary association and segregation illegal?
2 · 2 · 366

**Aarvoll** @Aarvoll_ Follow

It's still 100% legal to have all White private clubs, and there's a lot you can do with that.

6:42 PM · Dec 16, 2023 · **452** Views

2 · 13 · 1

[redacted] Post your reply Reply

**Relevant people**
**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA
**Bingo Observer** @fivebingo5 Follow
#Trump2024

**What's happening**
Politics · Trending
**Connecticut**
Technology · Trending
**Astra**
Trending in United States
**#RaiseIt**
Sports · Trending
**The Pirates**
Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

[redacted] ···

X

← Post

This Post was deleted by the Post author. Learn more

**Aarvoll**
@Aarvoll_

Yes, certain private associations that operate real estate are specifically exempted from FHA prohibitions against discrimination in housing, that's spelled out in the FHA itself. We are already doing this in the Ozarks:

returntotheland.org
Return to the Land
Private Membership Association

7:39 PM · Jun 25, 2024 · **725** Views

3 17 4

**See all the replies**

**Continue to X**

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

**Relevant people**

**Aarvoll**
@Aarvoll_
Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

← Post

195

**Scott Thomas**
@scottth86

We have a working legal framework. Essentially an LLC wrapped up in a Private Membership Association.

4:37 PM · Oct 19, 2024 · **119** Views

1 6

**See all the replies**

Continue to X

## Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Scott Thomas**
@scottth86
Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

← Post

This Post is from a suspended account. Learn more

**Scott Thomas**
@scottth86

We have a working legal framework in the Ozarks. It's understandable to assume it's illegal in America, though, as most people are unfamiliar with Private Membership Associations or how to use Multi-Member LLCs to manage land.

8:41 PM · Oct 19, 2024 · **93** Views

7 1

**Join the conversation**

**Continue to X**

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

**Relevant people**

**Scott Thomas**
@scottth86

Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

- Home
- Explore
- Notifications
- Chat
- Grok
- Premium
- Money
- History
- Follower reque...
- Profile
- More

**Post**

[redacted] ...

← Post

Search

**Aarvoll** @Aarvoll_ · Feb 12, 2025

Imagine a network of a dozen high tech, high human capital, small White cities spread through the US south, exchanging workers, students and ideas.

It's something we can achieve right now under existing law. And it would absolutely, irrevocably, change White culture in the US.

30 · 24 · 388 · 14K

This Post is from a suspended account. Learn more

**Aarvoll** @Aarvoll_ · Feb 12, 2025

PMAs

2 · 7 · 561

This Post is from a suspended account. Learn more

**Aarvoll**
@Aarvoll_

Follow

Racial discrimination is legal for private associations, there's a ton of case law supporting that. There's even specific language in the Fair Housing Act that allows private associations that discriminate to hold and manage real estate for their members. You have to structure it a specific way and be careful, but it is legal.

6:16 PM · Feb 12, 2025 · **430** Views

10 · 1

[redacted] Post your reply

Reply

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

## Live on X

**Chuck Todd** is hosting
**Decision Desk 2026 - Massachusetts Primar...** +1.6K

## What's happening

Politics · Trending
**Vance**

Combat Sports · Trending
**#DWCS**
Trending with McCracken, Silvestre Sanchez

Politics · Trending
**Connecticut**

Combat Sports · Trending
**Brandon Holmes**
Trending with Modestino Rodrigues

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp

← Post

**StopDysgenics** @NoSillyNickname · Mar 4, 2025

Where do we go then? I want to make a plan for my descendants. Is there a place yet besides coeur d'Alene?

1 · 189

**Aarvoll** @Aarvoll_

Yes we have an intentional community in Arkansas and are starting more. PMAs can legally discriminate and can manage land for members, so that's what we're using.

returntotheland.org
Return to the Land
Private Membership Association

1:44 AM · Mar 4, 2025 · **221** Views

7

**Join the conversation**

Continue to X

## Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll** @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

Post

Search

- Home
- Explore
- Notifications
- Chat
- Grok
- Premium
- Money
- History
- Follower reque…
- Profile
- More

Post

**Aarvoll** @Aarvoll_ · May 19, 2025
The Fair Housing Act stops White communities from keeping non-Whites out of their neighborhoods, ostensibly to prevent minorities being deprived of real estate opportunities

Yet a small wealthy elite privately holds most of the land in America and that's not a problem

10 · 27 · 271 · 6.3K

**inactive user** @Cafination40 · May 19, 2025
Re-read Section 807 of the Fair Housing Act where it covers exemptions for religions organizations and private club exemptions. Study PMAs and the relationship to Section 807. Ethnic European communities can form in private (not public), and it's covered in our Constitution.



1 · 10 · 386

**Aarvoll** @Aarvoll_
Follow

Lol yes I know we started a community already in Arkansas using a PMA, but we shouldn't have to be jumping through hoops

returntotheland.org
Return to the Land
Private Membership Association

3:53 PM · May 19, 2025 · **368** Views

1 · 22

[redacted] Post your reply
Reply

**inactive user** @Cafination40 · May 19, 2025
This is an easy sell. To me, your statement makes it look like the Fair Housing Act prevents ethnic Europeans from forming exclusive neighborhoods. The opposite is true. Section 807 protects such communities, and allows them to form in the private space (like Orania).

3 · 95

[redacted] ···

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**inactive user** @Cafination40 Follow

## What's happening

Politics · Trending
**Hegseth**

Sports · Trending
**Rams**

Politics · Trending
**Connecticut**

Trending in United States
**#RaiseIt**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp

X
← Post
Search

- Home
- Explore
- Notifications
- Chat
- Grok
- Premium
- Money
- History
- Follower reque...
- Profile
- More

Post

[redacted] ···

**Andrew Torba** @BasedTorba · May 22, 2025
The last remnant of the real America




452 · 541 · 8.6K · 513K

**Aarvoll** @Aarvoll_ · May 22, 2025
We're organizing a White intentional community in that region now, would love to talk with you about it

28 · 16 · 673 · 19K

**Gaius.XRP** @GaiusXrp · May 22, 2025
You guys got anything further West of Arkansas?

3 · 1.5K

This Post was deleted by the Post author. Learn more

**Paul Hess** @PaulHess07 · May 23, 2025
That's where I am. How do I get in touch with them?

1 · 1 · 238

**Aarvoll** @Aarvoll_ Follow

Join the Return to the Land PMA, because of the FHA we have to use PMAs or similar structures to legally do this.

returntotheland.org
Return to the Land
Private Membership Association

1:12 AM · May 23, 2025 · **292** Views

6

[redacted] Post your reply Reply

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**Paul Hess** @PaulHess07 Follow
Völkisch, Vrill, Aryanism, NS, Dharma warrior, Dispenser of white pills. Hyperborea & Atlantis 2.0

**Gaius.XRP** @GaiusXrp Follow
Bullish on XRP and Ripple. Political refugee from pre-Elon Twitter. I also engage in cultural saber rattling for fun.

## What's happening

Politics · Trending
**Connecticut**

Politics · Trending
**Brian Mast**

Sports · Trending
**Sonego**

Politics · Trending
**Mike Johnson**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

← Post

**Paul Hess** @PaulHess07 · May 23, 2025

That's where I am. How do I get in touch with them?

1 1 238

**Aarvoll** @Aarvoll_

Join the Return to the Land PMA, because of the FHA we have to use PMAs or similar structures to legally do this.

returntotheland.org
Return to the Land
Private Membership Association

1:12 AM · May 23, 2025 · **292** Views

6

**Join the conversation**

Continue to X

## Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

## Relevant people

**Aarvoll** @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app

X

← Post

**Aarvoll** @Aarvoll_

Many people are saying that we need an ethno-religion in order to have White communities.

1. White people shouldn't have to change their religious affiliation just to live in a White neighborhood

2. Private associations have the same legal protections that religions do

11:20 AM · Jul 5, 2025 · **60.6K** Views

131 146 2.2K 95

**RighteousMuffin** @MuffinRighteous · Jul 5, 2025
People are probably worried about you getting sued over discrimination because that's something the jews would do....they love lawfare...

3 45 2K

**William Seaborn** @will_seaborn · Jul 5, 2025
True. Some Brits are being baptised because they want to save their country. I'm a patriotic Brit, I want my culture to be preserved, I want mass uncontrolled immigration to be stopped, and I want women and children in my country to be safe. But it's not a Christian Britain that Show more

6 3 28 2.1K

**Illyrius** @illyriusx · Jul 5, 2025
Would it help to have an ethno-religion as a second tier of legal defense?

4 21 3.4K

**See all the replies**

Continue to X

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

**Relevant people**

**Aarvoll** @Aarvoll_ Follow

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Scan to get the app