# EXHIBIT E

# Return To The Land

## Private Membership Association

---

# Articles of Association

*version 2.0 – October 2024*

## Table of Contents

Community Vision:..............................2
Community Mission:............................3
Community Goals:...............................3
Article I. Declaration....................................3
Article II. Role...............................................4
Article III. Management.............................6
Article IV. Membership...............................7
Article V. Code of Conduct..........................9
Article VI. Services and Products...........11
Article VII. Amendments and Restatements..............................................13
Article VIII. Dissolution...........................14
Final Provisions and Establishment ..........................................................14

## ***Preamble: Guiding Principles***

### Community Vision:

*We seek to create a decentralized movement, formed of various individuals and societies returning to the land. We will promote strong families with common ancestry, and raise the next generation in an environment that reflects our traditional values. We will facilitate economic and social harmony between all groups and individuals in our movement. Above all, we will continue to engage in a never-ending pursuit of excellence, refusing to lower our standards or lose sight of our goals.*

### Community Mission:

*We will return to the land to separate ourselves from a failing modern society, and we will make positive cultural changes in ourselves and in our ancestral communities.*

### Community Goals:

*1. To facilitate individuals and groups that share common ancestry to purchase land in rural areas*

*2. To facilitate media activities to promote our movement*

*3. To create many independent and fully-functioning parallel societies*

*4. To teach, share, and develop successful methods of garnering independence and building community*

*5. To cultivate wholesomeness, beauty, health, and hope in a trying world*

## Article I. Declaration

1. This Private Association of Members, hereforth known as "Return To The Land Private Membership Association", or "RTTL PMA", or any combination of those terms and their abbreviations, as well as "The Association" herein, ***hereby declares that our primary purpose is to protect and maintain our right to freedom of choice regarding the conduct of business and management of our assets by asserting our constitutional, contractual, and civil rights under the Supreme Creator, the Common Law, and the Constitution of the United States of America.***

2. The purpose of these Articles is to create a private association with the maximum possible autonomy, privacy, and ability to select members based on belief, values, ancestry, or any other criteria pursuant to the Supreme Court precedent related to private associations.
3. All Members affirm their belief that the Constitution of the United States guarantees all Americans, particularly Members of Private Membership Associations, the right of freedom of association, speech, contract, assembly, belief, and associated activities, and that these are among our inalienable rights.
4. All Members, as part of a constitutionally-protected Private Membership Association, affirm doubly their right of freedom of association, and hereby waive their rights to protection against discrimination for any reason under any anti-discrimination law, state, federal, or international, including but not limited to the Civil Rights Act of 1964 and the Fair Housing Act of 1968. All members of this Association understand that they may be discriminated against for any reason including that they may be a member of a protected class, and hereby waive their right to take legal action against this Association or its members for exercising their constitutionally protected right to free association inside of an exclusive Private Membership Association that is not open to the general public.
5. We declare and assert the right to select those whom we believe can be expected to give the wisest counsel and advice regarding those matters which form the basis of this Association and to authorize those Members who are most skilled to facilitate the actual performance and delivery of such relevant skills and services as they and we deem appropriate. We assert these rights under the Federal and State Constitutions, Federal and State law, the Common Law and the statutes and regulations interpreting them.
6. We claim our freedom to choose and accept for ourselves the types of tools and services provided by RTTL that we think might best benefit us in the pursuance of our goals. We do this in order that we might achieve specific outcomes which do not in any way impinge upon the rights, safety or well-being of the Public. We reserve the right to include traditional, non-traditional or even unconventional options as our Member Facilitators choose to deliver, subject always to our own individual acceptance and approval.
7. This Association recognizes all Members who are in accordance with our principles and policies. Membership shall endure for the lifetime of this Association unless revoked by the RTTL Board of Trustees.

## Article II. Role

1. The role of this Association, in addition to providing services and benefits to

its Members, shall be that of a national RTTL association to guide individuals and projects in the United States of America, in order to carry out our shared vision, mission, and goals.

2. The Association may provide various products and services, such as member acceptance and vetting, consulting, document templates, promotional materials, etc to its members and member projects to help carry out our shared vision, mission, and goals.
3. Participation in this Association, and services and benefits from this Association, are limited to members only. It is not open to the general public.
4. A Private Membership Association protects the freedom of choice and association of its Members as stated in the 1st and 14th Amendments of the U.S. Constitution, and as confirmed by multiple Supreme Court decisions over the past decades.
5. The Association will maintain a set of certification standards for Member Associations. These standards must meet the following criteria:
    1. They suffice to ensure the effective formation and operation of Limited Liability Companies (LLCs) that serve to own and administer land under a framework that complies with the Association's vision, mission, and goals, and that corresponds with existing functional examples of such a framework. These may be referred to as Land Associations.
    2. They guide or provide for the founding documents and supporting documents being written in a functional and professional manner, using existing examples as a guide.
    3. They provide for the recording of an official relationship between the Association and any Member Associations, and the possibility of revoking this relationship should either party wish to withdraw.
    4. That they describe a standard process for the initiation of group land buy projects that will eventually culminate in the formation of an LLC that is formally recognized and certified by the Association.
6. This Association may appoint one or more Regional Liaisons, or the equivalent position with a different title, when a region has more than one group land buy project underway that is seeking or has already obtained certification from this Association. The primary function of the Regional Liaison will be to coordinate correspondence between the RTTL Board of Trustees and the Member Associations in that region. Additional responsibilities may be assigned by the Board of this Association. The list of regions is as follows, and the Board of Trustees may change this list and/or elaborate a detailed map when it becomes necessary:
    - Ozarks
    - Appalachia
    - Southeast

- New England
- Inland Midwest
- Great Lakes
- Pacific Northwest (PNW)
- Inland Northwest
- Great Basin
- North Great Plains
- South Great Plains
- Deep South
- Southwest
- Pacific Southwest
- Alaska
- Hawaii

## Article III. Management

1. **Vested Management Powers:** All Members of the Association vest the full management power of the Association in a Board of Trustees. The Board shall carry out the general operations of the Association, with the power to make all decisions except those specifically vested in the members elsewhere in these Articles of Association.
2. **Board of Trustees:**
   a. The Board of Trustees ("Board") shall consist of 5 members: The President, the Vice President, the Secretary, and the Treasurer, and the Member At Large. They shall fulfill the traditional roles of these positions, including any tasks or roles indicated elsewhere in these Articles.
      1. The President shall be responsible for promotion, public image, and related tasks. The President should also call meetings and spearhead initiatives.
      2. The Vice President shall have the same general responsibilities as the President
      3. The Secretary shall be responsible for the management of PMA records, processes, forms, documents, and anything else necessary for the proper functioning of the Association.
      4. The Treasurer shall manage the PMA funds, ensure that books are kept, and manage the payment of dues and other revenue to the PMA.
      5. The Member At Large shall be responsible for any general tasks that do not fall under the purview of the rest of the Board, as well as representing the Membership in meetings of the Board.
      6. All Board members shall be responsible for helping to shape the general strategy for the Association. Any Board member may call a

meeting of the Board with 7 days notice.

b. Their terms shall be indefinite unless they resign, are recalled, or are replaced.
c. The Board has the power to call for a general election in which all of the board may be replaced by a general vote of the Membership.
d. The Board must fairly and transparently administer all general elections and recall processes.
e. The Board is required to hold a minimum of one meeting of the general membership each year.
f. The Board is required to hold a minimum of one meeting of the Board per quarter, or 4 board meetings per year.
g. Every 2 years starting 21 September 2024, the Membership may decide whether or not they wish to hold a general election for the Board. The Board must administer this referendum, and the general election that may result. ¾ of the Membership quorum must respond in the positive in order to hold a general election.

3. **Replacement of Trustees:** The board may replace a Trustee who resigns, becomes incapacitated, or shows serious negligence or failure in the ability to perform their duties, by a majority vote of the remaining board members. In the case of a tie, the Trustee shall be replaced. In the case of a tie vote when selecting a replacement, the board shall select a different replacement that can win a majority vote.
4. **Recall of a Trustee:**
   a. If the members of the Association vote to end the term of a Trustee in accordance to the clauses in this section, that Trustee's term shall therefore be ended, and the Board of Trustees shall select a suitable replacement.
   b. A quorum of 2/3 of the membership is required to vote on such a recall, and ¾ of respondents must vote in the positive.
   c. To initiate this process, a member must either convince a board member to call a general PMA meeting to plan the recall vote, or present a petition with a simple majority of members in favor of calling such a meeting, in which case the board is obligated to call such a meeting.
5. **Initial Board Members:**
   a. President: [redacted]
   b. Vice President: [redacted]
   c. Secretary: [redacted]
   d. Treasurer: [redacted]
   e. Member at Large: [redacted]

## Article IV. Membership

1. **Member Classes:** The following member classes and attributes are established:
   **A. Natural Persons**
   - **Individual:** An individual applying either on behalf of him/herself.
   - **Partnership:** An individual applying on behalf of both him/herself and the other party in a marriage, or in a pre-marital relationship that is intended to become a marriage in the future. The individual is assessed for membership and is expected to be truthful about the eligibility of his/her partner to join the Association.
   - **Family:** An individual applying on behalf of both him/herself and the other party in a marriage or pre-marital relationship that is intended to become a marriage in the future, as well as any children that the couple have custody of. The individual is assessed for membership and is expected to be truthful about the eligibility of the rest of his/her family to join the Association.

   **B. Legal Entities**
   - **Holding Company Member:** A company owned by a Member that wishes to own interest in a Land Association Member LLC. They must meet additional requirements which will be set by the Board of Trustees of this Association.
   - **Land Association Member:** A Limited Liability Company that owns and administers land on behalf of its members. They must meet additional requirements which will be set by the Board of Trustees of this Association.
2. **Joining the Association:** To join, Members must apply, meet certain requirements, be accepted by a majority vote of the Board of Trustees or their delegates, review and sign a Membership Agreement, and must also review these Articles of Association. Exclusive and limiting criteria for new members will be established by the Board of Trustees at their discretion in a formal document.
3. **Dues and Term:**
   1. **Natural Persons Dues and Term:** New individual members must pay a fee for membership in the Association which is valid until death or until revocation by the Board of Trustees. The fee will be set by the Board and may be changed at the Board's discretion. Dues are non-refundable. Membership dues are an important legal criteria to be considered as a bona fide Private Membership Association. In case of death, other member(s) of a partnership or family membership may maintain their membership at the discretion of the Board of Trustees.

2. **Legal Entity Dues and Term:** Holding Company and Land Association dues and term shall be published in a fee and term schedule which will be written and maintained by the Board of Trustees of this Association.
3. **Dues Payments:** All dues payments shall be made per the instructions of the Treasurer of this association, or per those of his delegate(s).

4. **Expulsion:** Any member may be expelled via a majority vote of the Board of Trustees, for violating the code of conduct. This process shall be outlined in Article V: Code of Conduct.
5. **Benefits:** From this organization, members may be selected to join RTTL group land buy LLCs (Land Association Members) or other such affiliated Member Associations. Members may apply to attend PMA-only events held by RTTL members and member associations. Members may benefit from additional associations set up by the RTTL Board of Trustees for the benefit of the Members. Members may also participate in online forums and chatrooms set up for use solely by PMA members, for the purposes of networking and organization.
6. **Membership Term:** The term of the Membership begins on the date upon which the Membership is formalized, and continues until its revocation or until the dissolution of this Association. All Members must certify as to their acceptance of the entirety of these Articles as well as the Member Agreement.
7. **Privacy Policy:** Members have the option to register under pseudonyms or "usernames" with no special consideration or loss of rights aside from those already waived via these Articles and the Member Agreement. Member data shall not be shared with any government agency, nor stored beyond what is necessary for the normal record-keeping of the Association. The Association and its members and Board will not be held liable for any damages resulting from any unintentional transmission of said information.
8. **Communications:**
   - The Secretary shall be responsible for overseeing the development of appropriate systems to keep track of members, signing of agreements, standing in relation to the code of conduct, emails and other communications, official records relating to membership, and anything else reasonably considered to be related to these tasks.
   - The Secretary shall be responsible with maintaining an email list system wherein each member can select a preference to receive proposals, votes/referendums, and announcements, to facilitate each member easily selecting their level of desired participation in the organization and reducing correspondence fatigue.
   - The Treasurer shall be responsible for billing and maintaining records of dues payments.

## Article V. Code of Conduct

1. **Establishment:**
    - **a.** The Board of Trustees shall maintain the Code of Conduct as a separate document.
    - **b.** The Board of Trustees has the sole right to modify the code of conduct as it sees fit, including its criteria regarding minor vs. grievous violations.
    - **c.** The Code of Conduct shall be conveyed to new members upon joining.
    - **d.** The Code of Conduct shall be posted on the Association's website.
    - **e.** Changes to the Code of Conduct shall be communicated to PMA members at least 10 days before they take effect.
    - **f.** Changes shall be applicable to all Members under the Articles of Association, and this includes Trustees.
2. **Violations:**
    - a. The following shall be considered minor violations:
        - i. Poor behavior, unprofessional behavior, engaging in divisive or subversive communication tactics as listed in the Code of Conduct.
        - ii. Violations of the "Communications" rules in the Code of Conduct, excepting those which involve either merchandise or official communication on behalf of the PMA.
        - iii. Committing a Class B or C misdemeanor
    - b. The following shall be considered grievous violations:
        - i. Illegal acts or speech, encouraging illegal behavior
        - ii. Violations of the "Communications" rules in the Code of Conduct that are related to merchandise or official communication on behalf of the PMA.
        - iii. Publicizing or disseminating Association business, members' identities, conversations that occur within the Association, etc.
        - iv. A change of core values or identity such that the Member would no longer be eligible for Membership in the Association were he to apply as a new member.
        - v. Committing a Class A misdemeanor or a felony crime. (The Board may make exceptions in the case where a Member is treated unfairly by the DA or State Prosecutor, eg. "*Soros DAs.*")
    - c. Members may be expelled for (a) multiple or repeated minor violations, or (b) a single grievous violation, or (c) any combination thereof.
    - d. The Board of Trustees has the sole discretion to determine whether any infraction not listed is minor or grievous.
    - e. An infraction that qualifies as both minor and grievous per the above list, will be considered grievous.

f. The Board of Trustees has the sole discretion to determine whether a member will be expelled. This decision is final and not subject to appeal.
a Violations of the code of conduct will result in a warning for minor infractions, followed by appropriate disciplinary action, up to and not excluding total expulsion from the Association at the discretion of the Board of Trustees.
b Grievous infractions need not necessitate even a warning and can proceed directly to expulsion via board vote, or can proceed to finding a Member to be liable to RTTL for liquidated damages, according to these Articles and/or the signed Member Agreement.

3. **Swift Action:**
   a. It is the most sacred duty of the Board of Trustees, and particularly the President, to swiftly deal with troublemakers who would disrupt group communications and cause correspondence fatigue and endless dramatic interchange among members or the board.
   b. The social atmosphere must be preserved, but even beyond that, the very existence of the group depends on the Trustees fulfilling this duty in the most effective and authoritative way possible.

## Article VI. Services and Products

1. The Association does not offer any products or services to the public.
2. To the degree individual members conduct business with each other, such business is not Association business.
3. Members of the Association that provide services, products, or advice to each other do so in the capacity of fellow Member Facilitators in a private manner and not in any public capacity. Within the Association, all individuals interact with each other using their constitutional right to intimate association, and no regulated professional relationships or similar exist, unless a separate agreement is drafted between individuals or organizations specifically waiving this clause of these Articles of Association, and in that case such waiver shall only exist in that specific circumstance between those specific individuals/organizations.
4. Within the Association, the legal status of all members is changed from that of a Public Person to that of a Private Membership Association individual. In doing so, members relinquish certain Federal and State protections and privileges, and this is done with full knowledge and consent thereof.
5. Members will exercise their rights for their own benefit and agree to hold

harmless the Association and its Members/Member Facilitators from any unintentional liability that might result from the services, products, or advice received.

6. Since the Association is protected by the First, Fourth, Fifth, Ninth and Fourteenth Amendments to the United States Constitution, it is exempt from any action of Federal, State or Local agencies entrusted to "protect the public" as it relates to any complaints or grievances against the Association, its physical premises or equipment, its Trustees, Member Facilitators, Members, or other associated staff or consultants.
7. Non-Judicial Arbitration:
    a. All complaints or grievances will be settled by non-judicial arbitration within RTTL. RTTL itself is exempt from this clause in the case that it wishes to seek liquidated damages from a Member or ex-Member.
    b. Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration administered by members of RTTL under the standard rules of the American Arbitration Association, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.
    c. If the parties do not agree on a single arbitrator, the parties may each select an arbitrator from RTTL to serve on a board of arbitrators.
    d. Any peculiarities of the arbitration process not covered in these clauses must be decided by the RTTL Board of Trustees.
8. Membership and private Member records kept by RTTL are strictly protected and can only be released upon written request of the subject Member.
9. Members join this private Membership Association under the United States Constitution and the Common Law as recognized within the United States of America. Members seek to help each other achieve the vision, mission, and goals of the organization as stated elsewhere in these Articles of Association.
10. All member activities within RTTL are a private matter and RTTL declines to share them with any Federal or State regulatory enforcement agency, including any medical board, FDA, Medicare or Medicaid, financial regulators, EPA, FHA, HUD, or any other agency or organization. Any records that have been shared with other Members remain the property of RTTL.
11. Members agree not to file malpractice, civil or criminal lawsuits against a fellow Member, unless by willful action or inaction that Member exposes another Member to a clear and present danger of substantive evil. All Association Members are exempt from the provisions of any state business regulation, medical practices regulation or any similar federal, state or local legislation.
12. No member may join the Association whose purpose is to regulate or limit the

practice of any professional service of any kind.

13. The Member acknowledges that should he join the Association under false pretenses, the Association will suffer losses that are intangible or difficult to define or difficult to calculate. Accordingly, the Member agrees and consents to paying liquidated damages in the amount of $500,000 in the event the Member's application is shown to contain false information, the Member made misrepresentations during his interview, or the Member has attempted to disrupt the association, collect information for a third party without authorization from the Association, disclose confidential information, or encourage illegal activities. Such member waives any right to qualified immunity if the member is a law enforcement officer or has entered into a qualified immunity or similar agreement with any law enforcement or similar government agency, and will pay the fine in full within 30 days of notification, and will pay any legal fees that RTTL incurs in its collection efforts against the member. The member shall personally pay the fine and waive any legal right they may have to pass this fine onto their employer, contractor, or handler.

## Article VII. Amendments and Restatements

1. An amendment may be submitted by any member to all the members for their ratification. If the Association achieves ratification of three-fourths (3/4) of the members that existed at the time the amendment was first submitted, the amendment will become a part of the Articles of Association and be binding upon all members within one year of passing the amendment.
2. A restatement (defined as editing any existing text of the Articles of Association) may be submitted only by the Board of Trustees to all members for their ratification. If the Association achieves ratification of three-fourths (3/4) of the respondent (quorum) members that existed at the time the amendment was first submitted, the amendment will become a part of the Articles of Association and be binding upon all members 90 days after passing the amendment.
3. The Membership Agreement, Articles of Association, and other documents may be amended or restated at any time by a majority vote of the Board of Trustees effective immediately, but is only binding to members who join after those changes are made.
4. A quorum of 2/3 of members is required for all general membership votes.

## Article VIII. Dissolution

1. **Severance Clause:** In the event that any provision of these Articles, including any bylaws, rules, or regulations adopted pursuant to these Articles, is held to be invalid, illogical, contradictory, or unenforceable, the remaining provisions of these Articles shall remain in full force and effect. The parties hereby agree to replace any invalid, illogical, contradictory, or unenforceable provision with a valid and enforceable provision that comes closest to the original intent of the provision being replaced. Any such replacement shall not affect the overall purpose and objectives of this Private Membership Association, and the Association shall continue to operate in accordance with its remaining provisions. Any such replacement or provision shall not be considered as grounds to dissolve this Association or declare these Articles invalid.
2. **Voluntary Dissolution:** Via a 90% vote of the Members, or a unanimous vote of the Board of Trustees, this Association may be dissolved, with its assets being distributed at the discretion of the board, with the aim and intent of furthering the goals of this Association.
3. **Involuntary Dissolution:** This Association is constitutionally protected from any involuntary dissolution ordered or requested by any government or private entity, with the only exception being the Voluntary Dissolution process listed in this Article. All Members are protected from any penalties imposed by any government or private entity for refusal to dissolve this Association. Via these Articles of Association, all Members declare their right to free association, and thus the right to form and continue this Association in perpetuity, to be inalienable.

## Final Provisions and Establishment

1. **Severance Clause:** If any provision of these Articles is invalid, illegal, or unenforceable, the parties shall negotiate in good faith to amend it so that it is legal, valid, and enforceable and, to the greatest extent possible, achieves the intended result of the original provision. In no case will the validity, legality, and enforceability of the rest of these Articles be affected.
2. **Counsel, Drafting Party:** The undersigned members confirm that they have had the opportunity to consult counsel to the degree he desired and that all parties are considered the drafting party such that these Articles are not construed against either party. Furthermore, these Articles should be construed to provide the maximum confidentiality, autonomy, and authority to the Association as is lawful.
3. **Signatures:** We, the undersigned members of the Board of Trustees, hereby

ratify and establish this Association in accordance with the regulations and provisions set forth in this Articles of Association document. With a shared commitment to our stated goals and objectives, we declare this Association's establishment for perpetuity. We pledge to uphold the principles and guidelines outlined herein, working collectively to achieve our mission. **We pledge to Return to the Land.**

**This restatement of the RTTL Articles of Association, Version 2.0, is executed as of 2024-10-07.**

It shall apply to all new Members henceforth, all current Trustees, and all old members once it has been ratified by ¾ of old members.

## Duly endorsed and enacted:

Signature: ________________
President, Board of Trustees
Founding Member

Signature: ________________
Treasurer, Board of Trustees
Founding Member

Signature: ________________
Vice President, Board of Trustees
Founding Member

Signature: ________________
Member-at-large, Board of Trustees
Founding Member

Signature: ________________
Secretary, Board of Trustees
Founding Member

# Signature Certificate

Reference number: KZUUA-D6LNJ-WWREM-MPC25

| Signer | Timestamp | Signature |
|---|---|---|
| [redacted] | | [redacted] |
| Sent: | 06 Oct 2024 15:17:28 UTC | |
| Viewed: | 06 Oct 2024 15:25:38 UTC | |
| Signed: | 06 Oct 2024 15:26:13 UTC | |
| **Recipient Verification:** | | IP address: 107.122.225.69 |
| ✔Email verified | 06 Oct 2024 15:25:38 UTC | Location: Oklahoma City, United States |
| [redacted] | | [redacted] |
| Sent: | 06 Oct 2024 15:17:28 UTC | |
| Viewed: | 06 Oct 2024 18:56:56 UTC | |
| Signed: | 06 Oct 2024 18:57:43 UTC | |
| **Recipient Verification:** | | IP address: 35.142.2.36 |
| ✔Email verified | 06 Oct 2024 18:56:56 UTC | Location: Thonotosassa, United States |
| [redacted] | | [redacted] |
| Sent: | 06 Oct 2024 15:17:28 UTC | |
| Viewed: | 07 Oct 2024 13:24:20 UTC | |
| Signed: | 07 Oct 2024 13:24:32 UTC | |
| **Recipient Verification:** | | IP address: 216.41.131.124 |
| ✔Email verified | 07 Oct 2024 13:24:20 UTC | Location: Williford, United States |

Document completed by all parties on:
16 Oct 2024 21:42:31 UTC

Page 1 of 2

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

# Signature Certificate

Reference number: KZUUA-D6LNJ-WWREM-MPC25

| Signer | Timestamp | Signature |
|---|---|---|
| [redacted] | | [redacted] |
| Sent: | 06 Oct 2024 15:17:28 UTC | |
| Viewed: | 11 Oct 2024 00:44:44 UTC | |
| Signed: | 11 Oct 2024 00:44:57 UTC | |
| **Recipient Verification:** | | IP address: 129.222.1.163 |
| ✔Email verified | 11 Oct 2024 00:44:44 UTC | Location: Miami, United States |
| [redacted] | | [redacted] |
| Sent: | 06 Oct 2024 15:17:28 UTC | |
| Viewed: | 06 Oct 2024 22:51:58 UTC | |
| Signed: | 16 Oct 2024 21:42:31 UTC | |
| **Recipient Verification:** | | IP address: 98.97.86.41 |
| ✔Email verified | 06 Oct 2024 22:51:58 UTC | Location: Dallas, United States |

Document completed by all parties on:
16 Oct 2024 21:42:31 UTC

Page 2 of 2

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.