# EXHIBIT F

**Peter Csere (OFFICIAL)**
Forwarded from **Liberty Homesteads**

Selling shares NOW in NE Arkansas to Ozarks PMA members. 3.09 acres for $6300 (price/size has changed slightly, will edit the webpage soon.)

https://www.libertyhomesteads.com/2023/10/01/rttl-ozarks-chapter/

👍 1

t.me/realpetercsere/4015 270 Oct 9, 2023 at 17:28

EMBED VIEW IN CHANNEL CONTEXT

Liberty Homesteads
Forwarded from Return to the Land

Highlighted lots are still available. If you'd like to purchase land and build a home with us, the first step is to apply for the PMA.

t.me/LibertyHomesteads/70 124 Feb 6, 2024 at 03:15

EMBED VIEW IN CHANNEL CONTEXT

DOWNLOAD

**Liberty Homesteads**
Forwarded from **Peter Csere**




👍 1

t.me/LibertyHomesteads/71 136 Feb 6, 2024 at 03:15

EMBED VIEW IN CHANNEL CONTEXT

Telegram

DOWNLOAD

Liberty Homesteads
Forwarded from Return to the Land

https://www.returntotheland.org/

returntotheland.org
Return to the Land
Private Membership Association

👍 2

t.me/LibertyHomesteads/72 132 Feb 6, 2024 at 03:15

EMBED VIEW IN CHANNEL CONTEXT

X

Post

Search

- Home
- Explore
- Notifications
- Chat
- Grok
- Premium
- Money
- History
- Follower reque...
- Profile
- More

Post

[redacted] ...

This Post was deleted by the Post author. Learn more

**Carnic**
@eatmeatandwin

Lots 14 and 15 are already taken. Rent-to-own payment option is available for lot 18.

12:08 AM · Feb 15, 2024 · **75** Views

4

[redacted] Post your reply

Reply

**Relevant people**

**Carnic**
@eatmeatandwin
Follow

**Live on X**

**Chuck Todd** is hosting
**Decision Desk 2026 - Massachusetts Primary ...**
+1K

**What's happening**

Politics · Trending
**Vance**

Politics · Trending
**Connecticut**

Sports · Trending
**AJ Smith**

Combat Sports · Trending
**#DWCS**
Trending with McCracken, Silvestre Sanchez

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

Document title: Carnic on X: "@scottth86 Lots 14 and 15 are already taken. Rent-to-own payment option is available for lot 18." / X
Capture URL: https://x.com/eatmeatandwin/status/1757919755087024365
Capture timestamp (UTC): Wed, 02 Sep 2026 00:42:05 GMT

X

- Home
- Explore
- Notifications
- Chat
- Grok
- Premium
- History
- Follower reque...
- Profile
- More

Post

← Post

Search

**Scott Thomas** @scottth86

Houses in the suburbs that were meant for first-time homebuyers now sell for $500,000. Another option: move to the Ozarks, work construction for the PMA for a year, and save enough to build a starter home on your own land in a community that actually cares about you.



4:03 PM · Jun 8, 2024 · **3,461** Views

7 · 2 · 64 · 9

Relevant

[redacted] Post your reply

Reply

**)))victorious anon(((** @AnonVictorious · Jun 8, 2024
Looks like a high quality build.
2 · 160

**William Quantrill** @WilliamQuantri1 · Jun 8, 2024
Nice solid framing that will last 10 times longer than most modern built houses.
2 · 90

**Leo** @LionWheelEnergy · Jun 9, 2024
That's a good looking house.
3 · 137

**CANews** @ClantonAla · Jun 11, 2024
I thought I heard it mentioned there may be a similar project in the Appalachian Mountains, is that still in the works?
78

**Society of International Nation...** @contr... · Jun 16, 2024
Unless you can defend your little enclave against the full force of the government, the termites will eventually find it, infiltrate it and destroy it.
36

**Ryan J** @Darkstaryan · Jun 10, 2024
You guys are building something truly special. I'm in the middle of trying to start an electrical apprenticeship so that I can one day be of some help, but if that doesn't get going by the end of the year, I'm tempted to just go all in and move to the Ozarks now.
46

[redacted]

## Relevant people

**Scott Thomas** @scottth86
Follow
Mechanical Drafting | Co-Founder Return to the Land

## What's happening

Trending
**Milo**

Trending in United States
**Kuhestak**

Trending in United States
**#WorldCowDay**

Sports · Trending
**Paez**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More... · © 2026 X Corp.

X

Post

Home

Explore

Notifications

Chat

Grok

Premium

Money

History

Follower reque...

Profile

More

Post

[redacted] ...

**Scott Thomas** @scottth86

Return to the Land is a Private Membership Association that helps facilitate groups of people with common ancestry to buy land in rural areas.




5:19 AM · Aug 13, 2024 · **819** Views

1 5 33 2

[redacted] Post your reply

Reply

**Death Culture** @Death_Culture · Aug 13, 2024

Correct if you're not the guy, but congrats on the Family Incentives milestone! Next the school and community center.

1 2 112

**Scott Thomas** @scottth86 · Aug 13, 2024

Thank you!

1 100

Search

**Relevant people**

**Scott Thomas** @scottth86 Follow

Mechanical Drafting | Co-Founder Return to the Land

**Live on X**

**Chuck Todd** is hosting

**Decision Desk 2026 - Massachusetts Primary ...** +699

**What's happening**

Combat Sports · Trending
**McCracken**

Politics · Trending
**Connecticut**

Politics · Trending
**Vance**

Politics · Trending
**Iranians**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

X

Post

Search

Home

Explore

Notifications

Chat

Grok

Premium

History

Follower reque...

Profile

More

Post

**Aarvoll** @Aarvoll_ · Aug 13, 2024

We'll have a space tomorrow at 5pm CT about the Return to the Land PMA and the intentional community in Arkansas. Join to share your thoughts or ask questions, several community members will be there.
x.com/i/spaces/1mrGm...

2 15 72 8.8K

**Europhile** @XBitter_TruthX · Aug 13, 2024

I love the concept. How does one find the pricing for the lots for sale by the LLC? It looks like the Ozark community is nearly full. Where will the next community be?

1 1 253

**Carnic**
@eatmeatandwin

~3k per acre. Next will likely also be in the Ozarks.

10:19 PM · Aug 13, 2024 · 63 Views

2

[redacted] Post your reply

Reply

[redacted]

## Relevant people

**Carnic**
@eatmeatandwin
Follow

**Europhile**
@XBitter_TruthX
Follow
End Migration to Europe, North America, and Australia. Preserve the white race. Cut ties with Israel: America must be sovereign.

**Aarvoll**
@Aarvoll_
Follow
President- Return to the Land PMA

## What's happening

Politics · Trending
**Justice**

Sports · Trending
**Paez**

Politics · Trending
**Conservative**

Trending in United States
**#WorldCowDay**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

← Post

Search

Home
Explore
Notifications
Chat
Grok
Premium
Money
History
Follower reque...
Profile
More

Post

**Scott Thomas** @scottth86

Thanks all for listening. If you're interested in relocating to the Ozarks and building homes with us, first step is to join the PMA. More info at ReturnToTheLand(dot)org

> **Aarvoll** @Aarvoll_ · Aug 13, 2024
> We'll have a space tomorrow at 5pm CT about the Return to the Land PMA and the intentional community in Arkansas. Join to share your thoughts or ask questions, several community members will be there. x.com/i/spaces/1mrGm...

11:35 PM · Aug 14, 2024 · **749** Views

1 · 14 · 1

[redacted] Post your reply

Reply

[redacted] ...

## Relevant people

**Scott Thomas** @scottth86 Follow
Mechanical Drafting | Co-Founder Return to the Land

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

## What's happening

Politics · Trending
**Ken Paxton**

Politics · Trending
**Connecticut**

Only on X · Trending
**#TheDevilOrderedA**

Combat Sports · Trending
**Charlie Cleveland**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

X

Home
Explore
Notifications
Chat
Grok
Premium
History
Follower reque...
Profile
More

Post

[redacted] ...

← Post

Search

**Aarvoll** @Aarvoll_ · Dec 20, 2024
Does race have spiritual significance?
youtu.be/zOnB-xHmlWs
11 · 11 · 118 · 7.9K

**Soyjak Groyper** @soyjak_groyp · Dec 21, 2024
yo arvoll will you let me squat on your association? I'll be your slave for food
1 · 2 · 326

**Aarvoll**
@Aarvoll_
Follow

You can apply on our website

returntotheland.org
Return to the Land
Private Membership Association

1:07 AM · Dec 21, 2024 · **321** Views

1 · 2

[redacted] Post your reply
Reply

**Soyjak Groyper** @soyjak_groyp · Dec 21, 2024
yeah I visited the website I'm just not american
1 · 1 · 241

**Aarvoll** @Aarvoll_ · Dec 21, 2024
You can still join, we have some Europeans in the PMA
1 · 1 · 263

Show replies

**Relevant people**

**Aarvoll**
@Aarvoll_
Follow
President- Return to the Land PMA

**What's happening**

Combat Sports · Trending
**Hunter Smith**

Trending in United States
**She's 24**

Politics · Trending
**Secretary of the Navy**

Politics · Trending
**192 House Democrats**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Post

Search

- Home
- Explore
- Notifications
- Chat
- Grok
- Premium
- Money
- History
- Follower reque...
- Profile
- More

Post

[redacted] ...

**Aarvoll** @Aarvoll_ · Dec 27, 2024
What is "Return to the Land"?




77 272 1.2K 162K

This Post was deleted by the Post author. Learn more

**Aarvoll** @Aarvoll_ Follow

You could join the PMA by submitting an application on our website returntotheland.org and participate in our land buys, you could donate to one of our fundraisers through the donation tab on the site, or you could promote our project on social media. Thanks for the support!

returntotheland.org
Return to the Land
Private Membership Association

1:10 AM · Dec 29, 2024 · **806** Views

10 3

[redacted] Post your reply Reply

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

## What's happening

Sports · Trending
**Enzo**

Politics · Trending
**Connecticut**

Only on X · Trending
**#TheDevilOrderedA**

Combat Sports · Trending
**Liam McCracken**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Chat
Grok
Premium
History
Follower reque...
Profile
More
Post

← Post

Search

**Aarvoll** @Aarvoll_ · Dec 27, 2024
What is "Return to the Land"?




77 272 1.2K 162K

**The Conductor** @theconductor369 · Feb 25, 2025
If u need construction helpers or landscaping I'd be glad to work for free in exchange for a spot to park an rv. I listened to your space today and want to help. I'm just a lost Soul with no direction at the moment to be honest. White male, 31

1 25 2.4K

**Aarvoll**
@Aarvoll_
Follow

We would likely take you up on that, apply at

returntotheland.org
Return to the Land
Private Membership Association

3:16 PM · Feb 25, 2025 · **2,157** Views

3 17 4

Relevant

[redacted] Post your reply Reply

**The Conductor** @theconductor369 · Mar 6, 2025
Hey Aarvoll, I'm trying to sign up but it says I'm banned. I think it's because I started filling out the form the other day and didn't get to finish it completely.




[redacted] ...

**Relevant people**

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**The Conductor** @theconductor369 Follow

**What's happening**

Politics · Trending
**Conservative**

Combat Sports · Trending
**Livingston**

Combat Sports · Trending
**Hunter Smith**

Politics · Trending
**Hung Cao**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ... © 2026 X Corp.

X

Home
Explore
Notifications
Chat
Grok
Premium
Money
History
Follower reque...
Profile
More

Post

[redacted] ...

← Post

Search

**Scott Thomas** @scottth86

Updates: South Africa Trip, Land Clearing + New Lots




7:31 PM · Feb 3, 2025 · **1,068** Views

1 1 18

[redacted] Post your reply Reply

**Gawie Snyman** @Snymansboer · Feb 3, 2025
Good luck with your endeavours! Top man!
1 45

## Relevant people

**Scott Thomas** @scottth86 Follow
Mechanical Drafting | Co-Founder Return to the Land

## Live on X

**Chuck Todd** is hosting
**Decision Desk 2026 - Massachusetts Primar...** +1.2K

## What's happening

Combat Sports · Trending
**#DWCS**
Trending with McCracken, Silvestre Sanchez

Politics · Trending
**Vance**

Politics · Trending
**Connecticut**

Sports · Trending
**AJ Smith**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

X

Home
Explore
Notifications
Chat
Grok
Premium
Money
History
Follower reque...
Profile
More

Post

[redacted] ...

← Post

Search

**Aarvoll** @Aarvoll_ Follow

Someone let Shiloh Hendrix know that there's a house for sale in our White intentional community.

There's no better way to keep her family safe.

10:28 PM · May 5, 2025 · **55.5K** Views

57 | 124 | 1.9K | 78

Relevant ⌄ View quotes ›

[redacted] Post your reply Reply

**NeedMoreAmalek** @more_amalek · May 5, 2025
She's not Christian so why would she join a community lead by Christians? You guys get to keep Austin Metcalf's father, not the fearless pagan mother.
39 | 5 | 177 | 7.1K

**PhilosophiCat** @Philosophi_Cat · May 5, 2025
@Tomhennessey69 pass this on to Shiloh
1 | 2 | 65 | 2.5K

**PhilosophiCat** @Philosophi_Cat · May 5, 2025
Maybe you could rent it to her for a period while she lays low and decides what she wants to do next?
1 | | 54 | 2.5K

**Shawn, PhD** @RealSeraph_ · May 5, 2025
Having these support systems are extremely crucial... What a great idea. I think @Tomhennessey69 is in contact with her
| | 17 | 1.6K

**Will of Europa** @Will_of_Europa · May 5, 2025
Based
| | 15 | 1.1K

**Dot.Fren 🇽 (MILITIA)** @DotFren · May 6, 2025
I bet they don't lock up Doritos there😭



**Relevant people**

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**What's happening**

Politics · Trending
**Ken Paxton**

Politics · Trending
**Connecticut**

Trending in United States
**Judge Graf**

Sports · Trending
**Yohandy Morales**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Post

Search

Home
Explore
Notifications
Chat
Grok
Premium
Money
History
Follower reque...
Profile
More

Post

**Scott Thomas** @scottth86 · Jul 24, 2025
Join the PMA and come lend a hand, if you're able.




18 14 167 10K

**Robbie Pierce** @Simewton92 · Jul 25, 2025
How does a family join?

1 4 323

**Scott Thomas**
@scottth86

Just send in an application then schedule an interview.
returntotheland(dot)org

5:20 AM · Jul 25, 2025 · **349** views

1 7

[redacted] Post your reply

Reply

**Groyper pond** @gentile_goy · Jul 26, 2025
Where can I send an application, I may not have the means to come out there but I would love to support you guys ! I went to the site tried to sign up but didn't receive a code. I verified it's not in spam and I have no blocks on so 🤷‍♂️

39

## Relevant people

**Scott Thomas** @scottth86
Mechanical Drafting | Co-Founder Return to the Land
Follow

**Robbie Pierce** @Simewton92
MERICA‼️❤️‼️
Follow

## What's happening

Politics · Trending
**Ken Paxton**

Politics · Trending
**Connecticut**

Combat Sports · Trending
**Charlie Cleveland**

Trending in United States
**Judge Graf**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

[redacted] ...

X

Home
Explore
Notifications
Chat
Grok
Premium
Money
History
Follower reque...
Profile
More

Post

[redacted] ...

← Post

**Gentile News Network™** @Gentilenewsnet · Jul 25, 2025
This sounds like paradise




164 249 3.2K 104K

**Aarvoll** @Aarvoll_ Follow

Apply at

returntotheland.org
Return to the Land
Private Membership Association

7:25 PM · Jul 25, 2025 · **13K** Views

17 41 821 40

Relevant View quotes ›

[redacted] Post your reply Reply

**Hoyt** @Rckning · Jul 25, 2025
Never back down. This is about the principle of our very own survival.

4 435

**JPC563** 🇬🇧 @JPC5631 · Jul 26, 2025
Having the freedom to associate with your own folk should not be controversial 🤔

Keep up the good work 👍

4 105

**MulletGrop** @MulletGropper · Jul 26, 2025
He's a jew, Aarvoll.

1 96

**Bogus** @BoldlyBogus · Jul 26, 2025
RTTL should create a bitcoin treasury that can be used to borrow against in the future as more crypto regulation and legislation is passed. If you want a serious long term vision, you must build everything around an iron clad financial base. I'm sure you're aware of this fact.

Search

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**Gentile News Net...** @Gentilenewsnet Follow
Follow for news, content and memes you can trust, about the people you can't. 🍺 Hit the bell for notifications! 🔔

## What's happening

Politics · Trending
**Ken Paxton**

Politics · Trending
**Lindsey Clancy**

Sports · Trending
**Enzo**

Politics · Trending
**Connecticut**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

Document title: Aarvoll on X: "@Gentilenewsnet Apply at https://t.co/sSuGaRzLOZ" / X
Capture URL: https://x.com/Aarvoll_/status/1948826881870205001
Capture timestamp (UTC): Wed, 02 Sep 2026 00:11:12 GMT

X

← Post

Search

- Home
- Explore
- Notifications
- Chat
- Grok
- Premium
- History
- Follower reque...
- Profile
- More

Post

**The Daily Sneed™** @Tr00peRR · Jul 25, 2025
'Inside the Ozark hills in Arkansas, a group called Return to the Land has established a whites-only community.'

- NBC News




4.5K 5.2K 39K 8.4M

**Aarvoll** @Aarvoll_ · Jul 25, 2025
Return to the land supports the right of all groups to form intentional communities around the identities they value.

I'm happy to talk with any critics about our association and its goals.

It's not wrong to live among your own people.

278 697 8.7K 213K

This Post is from a suspended account. Learn more

**Aarvoll**
@Aarvoll_
Follow

Go ahead and apply at returntotheland.org

Even if you're not in a place where you can move now, you can attend events, network and get to know us.

returntotheland.org
Return to the Land
Private Membership Association

12:20 PM · Jul 25, 2025 · **11.6K** Views

8 6 229 14

Relevant View quotes >

[redacted] Post your reply Reply

**Alex** @AlexHndrsn2118 · Jul 25, 2025
I am a white hispanic and would like to see if I can join. Any chance?

1 1 276

[redacted] ...

## Relevant people

**Aarvoll**
@Aarvoll_
Follow
President- Return to the Land PMA

**The Daily Sneed™**
@Tr00peRR
Follow
media posted for non-profit | educational | news | informative | entertainment | meme | satire | related purpose. fun posting for free. No DMs

## What's happening

Politics · Trending
**Ken Paxton**

Politics · Trending
**Connecticut**

Politics · Trending
**Secretary of the Navy**

Sports · Trending
**Yohandy Morales**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Chat
- Grok
- Premium
- Money
- History
- Follower reque...
- Profile
- More

Post

← Post

Search

**American Renaissance** @realAmRen · Oct 30, 2025
"A Truly Inspiring Weekend." @RealJarTaylor reflects on the fall gathering at @RTTL_Official.




39 | 206 | 1.4K | 95K

**Darquavious Goldberg** @Darquaviou9794 · Oct 30, 2025
If I can't afford to live there when I become a senior on social security then it's worthless to me.
The point that it's White only
Is good if it pisses people off ,but it's not like rich
White people already don't have exclusive neighborhoods.

4 | 1.1K

**Aarvoll** @Aarvoll_ Follow

People are building their own homes, so it's as affordable as they want to make it

10:09 PM · Oct 30, 2025 · **465** Views

20

[redacted] Post your reply Reply

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**Darquavious Gold...** @Darquaviou9794 Follow
Pacific Northwest NOTICER

**American Renai...** @realAmRen Follow
America's premier source for race-realist thought.

## Live on X

**Chuck Todd** is hosting
**Decision Desk 2026 - Massachusetts Primar...** +1.5K

## What's happening

Combat Sports · Trending
**#DWCS**
Trending with McCracken, Silvestre Sanchez

Politics · Trending
**Connecticut**

Politics · Trending
**Vance**

Combat Sports · Trending
**Brandon Holmes**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

[redacted] ...

X ← Post Search

Home
Explore
Notifications
Chat
Grok
Premium
History
Follower reque...
Profile
More
Post

**Aarvoll** @Aarvoll_ · Nov 28, 2025
If we establish that it's legal to build White communities with RTTL's framework, thousands of Americans will be emboldened to build their own.

A necessary court battle will come sooner or later and the future of our race in the US will depend on the result.

61 145 1.7K 40K

This Post was deleted by the Post author. Learn more

**Aarvoll** @Aarvoll_ Follow

We're working on a large suburban development within a half hour of a nice mostly White city.

If you assume that what we managed to do in the Ozarks with a dozen ordinary guys is what RTTL will scale into with thousands involved you aren't thinking.

8:08 PM · Nov 28, 2025 · **1,366** Views

1 66 1

[redacted] Post your reply Reply

**Jacob Winters** @JacobTruth2030 · Nov 29, 2025
Imagine having a legally protected, 'RTTL' style org... within every state. Protecting white Americans & keeping our people legally protected from migrant savages. Since American laws will not protect us...an 'RTTLI' style organization will fill the gaps
THIS IS THE FUTURE

3 78

**Relevant people**

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**What's happening**

Politics · Trending
**Justice**

Sports · Trending
**Mickey Gasper**

Sports · Trending
**Paez**

Politics · Trending
**Conservative**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

[redacted] ...

Document title: Aarvoll on X: "@Trads_Bingus We're working on a large suburban development within a half hour of a nice mostly White city. If you assume that what we...
Capture URL: https://x.com/Aarvoll_/status/1994498684164493745
Capture timestamp (UTC): Tue, 01 Sep 2026 23:21:05 GMT

X

← Post

Search

- Home
- Explore
- Notifications
- Chat
- Grok
- Premium
- Money
- History
- Follower reque...
- Profile
- More

Post

**Aarvoll** @Aarvoll_ · May 17
Telling White people not to organize while we're being discriminated against, persecuted and replaced in our own nations is pathetic, cowardly advice.

Some orgs are risky, but some aren't. If you're not in any pro-White organization, find one you can stand behind and join them.

98 · 513 · 4.6K · 50K

**Hans Von Sebottendorff** @HyperboreanMonk · May 17
Hey Aarvoll what's the average cost nowadays to move out to the Ozarks? I've seriously considered applying and seeing what my options are.

I appreciate what you've done for the community. Possibly the most real life difference I've seen from any activist.

2 · 47 · 2.1K

**Aarvoll** @Aarvoll_ Follow

If you just want to move to the area and buy a house there's some of the most affordable real estate in the country here. If you wanted to try to join our community, costs vary based on what kind of homestead you're trying to establish, but people have done it on a shoestring.

3:08 PM · May 17, 2026 · **1,956** Views

5 · 3 · 75 · 3

Relevant

[redacted] Post your reply Reply

**Hans Von Sebottendorff** @HyperboreanMonk · May 17
Awesome thanks for the info my friend.

I'd be interested in your community specifically.

I have to finalize a few things with my mech engineering degree and I'll pursue more.

1 · 17 · 587

**Dr. Beavis** @BeavisDr31654 · May 17
What about 150-200k? Is that enough to join your community and build a decent house?

70

**Johnny** @JohnnyBlack314 · May 18
I think it may be the start of the future that we all want and need.

39

**TriggeredWeaklingsLoveToBl...** @ArdenCrusa... · May 17
You guys are weak beta male isolationists. Strong white men confront non-Europeans in public, oppose the evil Globalist elite, don't whine about jews and bang non-European women then they marry a White woman later. Even though I like what you guys are doing, these are your flaws.

1 · 130

[redacted] ...

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**Hans Von Sebot...** @HyperboreanMonk Follow
mein erbe Learned in everything holy grail lore, Cathar history, theosophy, ariosophy, esoteric Hitlerism, Hyperborean legends, Knights Templar mysteries.

## Live on X

Chuck Todd is hosting
**Decision Desk 2026 - Massachusetts Primar...** +1.5K

## What's happening

Combat Sports · Trending
**#DWCS**
Trending with McCracken, Silvestre Sanchez

Politics · Trending
**Connecticut**

Politics · Trending
**Vance**

Combat Sports · Trending
**Brandon Holmes**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More · © 2026 X Corp.

X

Post

Search

Home
Explore
Notifications
Chat
Grok
Premium
Money
History
Follower reque...
Profile
More

Post

**Aarvoll** @Aarvoll_ · May 17
Telling White people not to organize while we're being discriminated against, persecuted and replaced in our own nations is pathetic, cowardly advice.

Some orgs are risky, but some aren't. If you're not in any pro-White organization, find one you can stand behind and join them.

98 · 513 · 4.6K · 50K

**Hans Von Sebottendorff** @HyperboreanMonk · May 17
Hey Aarvoll what's the average cost nowadays to move out to the Ozarks? I've seriously considered applying and seeing what my options are.

I appreciate what you've done for the community. Possibly the most real life difference I've seen from any activist.

2 · 47 · 2.1K

**John**
@John_0x01

The cost depends on what you want

Apply today, and visit the settlement. For both legal reasons and opsec reasons it's the best way to get more information.

2:50 PM · May 17, 2026 · **65** Views

3

[redacted] Post your reply

Reply

[redacted] ...

## Relevant people

**John** @John_0x01 — Follow
Noticer, Separatist ᛋᛋ My granddad died in the Holly

**Hans Von Sebot...** @HyperboreanMonk — Follow
mein erbe Learned in everything holy grail lore, Cathar history, theosophy, ariosophy, esoteric Hitlerism, Hyperborean legends, Knights Templar mysteries.

**Aarvoll** @Aarvoll_ — Follow
President- Return to the Land PMA

## What's happening

Politics · Trending
**Ken Paxton**

Politics · Trending
**Lindsey Clancy**

Sports · Trending
**Enzo**

Politics · Trending
**Connecticut**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads info · More ··· © 2026 X Corp.

X

- Home
- Explore
- Notifications
- Chat
- Grok
- Premium
- History
- Follower reque...
- Profile
- More

**Post**

← **Post**

**Hickman** @shagbark_hick · May 18
I would 100% move to a trailer park if the trailer park was populated entirely by nutty people from Twitter.



49 · 31 · 1.1K · 74K

**Aarvoll** @Aarvoll_ · May 18
So I have good news...

40 · 38 · 2.8K · 23K

**LostGnostic** @silentELF · May 18
How do I join? @Aarvoll_

1 · 14 · 1.8K

**Aarvoll** @Aarvoll_ Follow

You can apply at

returntotheland.org
Return to the Land
Private Membership Association

5:38 AM · May 18, 2026 · **2,007** Views

4 · 1 · 60 · 9

Relevant

[redacted] Post your reply Reply

**Michael Neumer** @Mike_and_You · May 18
Hope you have a Great Day 🍀 -Mike

80

**Michael Neumer** @Mike_and_You · May 18
Soon as my youngest is out of the house or ready to come with ❤️

We are definitely interested in coming down to meet you guys!

We've looked into a few different places throughout the country.

Still on the fence where to go...

We are hoping to make plans sooner than later 😃

139

This Post is from a suspended account. Learn more

**Lhcarbon** @klno42972772 · May 18
How much are the one time membership fees?

111

[redacted] ...

Search

## Relevant people

**Aarvoll** @Aarvoll_ Follow
President- Return to the Land PMA

**LostGnostic** @silentELF Follow
Unapologetic free thinker • Conspiracy enthusiast • Philosopher •Autodidact• shill me your shit coins 🌕

**Hickman** @shagbark_hick Follow
"The Vagrant King of Upstate New York" Find my long-form writing at Hickman's Hinterlands at shagbark.substack.com

## What's happening

Combat Sports · Trending
**Hunter Smith**

Trending in United States
**She's 24**

Politics · Trending
**Secretary of the Navy**

Politics · Trending
**192 House Democrats**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ... © 2026 X Corp.

X
← Post
Search

Home
Explore
Notifications
Chat
Grok
Premium
Money
History
Follower reque...
Profile
More
Post

[redacted] ...

**Aarvoll** @Aarvoll_ · Aug 28
When you study pre-history you notice that White cultures that started as a few villages along a river somewhere often expand to become world altering empires.

No matter what, I'm going to make sure we have a few villages to start the cycle again; everything else is secondary.

106 379 5.6K 49K

**ChicagoPatriot** @chipatriot17 · Aug 28
I really hope you're real about this and not another pysop.

1 6 414

**Aarvoll**
@Aarvoll_
Follow

If you join the association you're welcome to visit our Arkansas community.

1:51 AM · Aug 29, 2026 · **427** Views

1 21 1

[redacted] Post your reply
Reply

**ChicagoPatriot** @chipatriot17 · Aug 29
I've defended you against all the random attackers, especially NF. I'm praying you guys can grow and get through the bs lawsuits

3 79

## Relevant people

**Aarvoll**
@Aarvoll_
Follow
President- Return to the Land PMA

**ChicagoPatriot**
@chipatriot17
Follow
Venmo: @kdubbz1990 BTC: 3FXcuLMSUJ4zZs3JyA7KfgNYycYnSQteTRB

## What's happening

Combat Sports · Trending
**McCracken**

Politics · Trending
**Iranians**

Politics · Trending
**Connecticut**

Politics · Trending
**Vance**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.