**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MICHELLE WALKER,

Plaintiff,

v.

RETURN TO THE LAND; RETURN TO THE LAND, OZARKS CHAPTER; WISDOM WOODS LLC; ERIC ORWOLL; PETER JULIUS CSERE; GAVIN BAKER; PETER NEUGEBAUER; and SCOTT THOMAS HALLOWOOD,

Defendants.

Case No. 3:26-cv-00151-DPM

**DECLARATION OF PETER JULIUS CSERE**

I, Peter Julius Csere, declare as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth below. I have personal knowledge of the facts stated herein.

2. I am a co-founder of Return to the Land, originally known as Return to the Land, Ozarks Chapter.

3. In that capacity, I have personal knowledge of the content of the Return to the Land website, ReturntotheLand.org, including its "About Us" page, and I am familiar with the Internet Archive's "Wayback Machine," which I have used on numerous occasions to retrieve and review archived captures of that website.

4. Attached hereto as Exhibit A is a true and correct copy of the Wayback Machine's archived capture of the "About Us" page of ReturntotheLand.org as it appeared on October 6, 2025, retrieved from:

   https://web.archive.org/web/20251006002854/https://www.returntotheland.org/#/about.

5. I have reviewed Exhibit A and compared it against my own knowledge of the content of that page. Exhibit A accurately and completely reflects the content of the "About Us" page as it appeared on the Return to the Land website on October 6, 2025, including the

section titled “Legal Disclaimer,” which states: “RTTL does not engage in the sale or rental of real estate.”

6. To my knowledge, that statement, or one substantially similar to it, has appeared in the same location on the “About Us” page continuously since before October 2025.

7. I have reviewed Exhibit 1 to the Declaration of Michelle Walker (ECF No. 23-2) at page 2, which reproduces a screenshot of the "About Us" page of ReturntotheLand.org. Ms. Walker's screenshot captures only the upper portion of that page. It displays the heading "Legal Disclaimer" but not the text beneath it; the disclaimer text falls below the bottom of the captured browser window and is absent from the image. The screenshot therefore does not show the statement that "RTTL does not engage in the sale or rental of real estate." The complete page, including that disclaimer text, is reflected in the archived capture attached as Exhibit A. Because the screenshot does not capture the page in its entirety, it omits the very disclaimer that bears directly on the subject of Ms. Walker's claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: September 11, 2026

Peter Julius Csere