The Wayback Machine - https://web.archive.org/web/20251006002854/https://www.returntotheland…

# About Us

Return to the Land is a private membership association (PMA) for individuals and families with traditional views and common continental ancestry. We hold events and conferences, and we help groups of our members form European heritage communities.

# Vision

We seek to create a decentralized movement, formed of various individuals and societies returning to the land. We will promote strong families with common ancestry, and raise the next generation in an environment that reflects our traditional values. We will facilitate economic and social harmony between all groups and individuals in our movement. Above all, we will continue to engage in a never-ending pursuit of excellence, refusing to lower our standards or lose sight of our goals.

# Mission

We will return to the land to separate ourselves from a failing modern society, and we will make positive cultural changes in ourselves and in our ancestral communities.

# Goals

- To facilitate individuals and groups that share common ancestry to purchase land in rural areas.
- To facilitate media activities to promote our movement.
- To create many independent and fully-functioning parallel societies.
- To teach, share, and develop successful methods of garnering independence and

building community.

- To cultivate wholesomeness, beauty, health, and hope in a trying world.

## Legal Disclaimer

RTTL does not engage in the sale or rental of real estate.

©2024 RTTL. All Rights Reserved.