**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| MICHELLE WALKER<br><br>Plaintiff,<br><br>v.<br><br>RETURN TO THE LAND; RETURN TO THE LAND, OZARKS CHAPTER; WISDOM WOODS LLC; ERIC ORWOLL; PETER JULIUS CSERE; GAVIN BAKER; PETER NEUGEBAUER; and SCOTT THOMAS HALLOWOOD,<br><br>Defendants. | Case No. 3:26-cv-151-DPM |

**PLAINTIFF MICHELLE WALKER'S**
**MOTION FOR LEAVE TO FILE SUR-REPLY**

Plaintiff Michelle Walker respectfully requests leave to file a sur-reply brief in opposition to the Motion to Dismiss filed by Defendants Wisdom Woods LLC, Eric Orwoll, Peter Julius Csere, and Scott Thomas Hallowood ("Defendants").[1]

The proposed sur-reply, which is attached to this motion, would address three new arguments raised by Defendants' Reply in Support of their Motion to Dismiss ("Reply"): (1) that Ms. Walker should have emailed RTTL to appeal its rejection of her application, Reply at 3–4; (2) that Ms. Walker cannot pursue her agency or ratification theories because those terms are not expressly used in the Complaint, *id.* at 8–9; and (3) that Ms. Walker failed to properly authenticate some of the exhibits that she uses to support her Opposition, *id.* at 5–6. The proposed sur-reply responds to these new arguments and clarifies the evidentiary record. *See Parks v. Murphy*, No. 4:25-CV-00305-KGB-BBM, 2026 WL 800968, at *1 (E.D. Ark. Feb. 10,

[1] On September 17, 2026, Plaintiff's counsel emailed defense counsel to ask whether Defendants would consent to this motion. As of the time of filing, Plaintiff's counsel has not received a response.

2026) (granting leave to file sur-reply where moving party offered new arguments and evidence in reply); *Beasley v. McNulty*, No. 4:18-CV-508-DPM, 2021 WL 335582, at *2 (E.D. Ark. Feb. 1, 2021) (granting leave to file sur-reply to resolve dispute about authenticity of documents). For all these reasons, the Court should grant Plaintiff leave to file the attached sur-reply brief.

Dated: September 18, 2026

Respectfully Submitted,

/s/ Miriam Pierson
John Relman*
Reed Colfax*
Edward Olds*
Miriam Pierson*
RELMAN COLFAX PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
(202) 728-1888 (phone)
jrelman@relmanlaw.com
rcolfax@relmanlaw.com
tolds@relmanlaw.com
mpierson@relmanlaw.com
* *Admitted pro hac vice*

Kendall Lewellen (Ark. Bar No. 2016193)
Abigail Herzfeld (Ark. Bar No. 2024219)
Legal Aid of Arkansas
Fair Housing Project
320 Executive Court, Suite 201
Little Rock, AR 72205
(870) 972-9224
klewellen@arlegalaid.org
aherzfeld@arlegalaid.org

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of September 2026, a copy of the foregoing Plaintiff's Motion for Leave to File Sur-Reply was served by electronic mail on the following counsel of record:

Jonathan Gross
Law Office of Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, MD 21209
jon@jonathangross.law

/s /Miriam Pierson
*Attorney for Plaintiff*