**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

MICHELLE WALKER

Plaintiff,

v.

RETURN TO THE LAND; RETURN TO THE LAND, OZARKS CHAPTER; WISDOM WOODS LLC; ERIC ORWOLL; PETER JULIUS CSERE; GAVIN BAKER; PETER NEUGEBAUER; and SCOTT THOMAS HALLOWOOD,

Defendants.

Case No. 3:26-cv-151-DPM

**PLAINTIFF MICHELLE WALKER'S**
**MOTION FOR LEAVE TO FILE AMENDED DECLARATION**

Plaintiff Michelle Walker respectfully requests leave to file an amended version of the Declaration of Miriam Pierson. *See* ECF No. 23-4. The proposed amended declaration is attached to this motion.[1]

The amended declaration would update the original declaration by adding a date of execution and a paragraph attesting under penalty of perjury that the declaration is correct. *See* 28 U.S.C. § 1746(1). When drafting the original declaration, Plaintiff's counsel inadvertently omitted the date and customary penalty-of-perjury paragraph. The amended declaration corrects that oversight and resolves Defendants' challenge to the sufficiency of the declaration. *See* Def.'s Reply, ECF No. 26 at 5; *see also Beasley v. McNulty*, No. 4:18-CV-508-DPM, 2021 WL 335582, at *2 (E.D. Ark. Feb. 1, 2021) (granting motion to file sur-reply and declaration to resolve authenticity issue). The amended declaration also addresses an error in Microsoft Word that was

[1] On September 17, 2026, Plaintiff's counsel emailed defense counsel to ask whether Defendants would consent to this motion. As of the time of filing, Plaintiff's counsel has not received a response.

causing the hyperlink in paragraph nine to fail to load in certain browsers. Defendants are not prejudiced by the addition of a date, a revised hyperlink, and a single paragraph to the Pierson Declaration.

Dated: September 18, 2026

Respectfully Submitted,

/s/ Miriam Pierson
John Relman*
Reed Colfax*
Edward Olds*
Miriam Pierson*
RELMAN COLFAX PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
(202) 728-1888 (phone)
jrelman@relmanlaw.com
rcolfax@relmanlaw.com
tolds@relmanlaw.com
mpierson@relmanlaw.com
* *Admitted pro hac vice*

***Attorneys for Plaintiff***

Kendall Lewellen (Ark. Bar No. 2016193)
Abigail Herzfeld (Ark. Bar No. 2024219)
Legal Aid of Arkansas
Fair Housing Project
320 Executive Court, Suite 201
Little Rock, AR 72205
(870) 972-9224
klewellen@arlegalaid.org
aherzfeld@arlegalaid.org

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of September 2026, a copy of the foregoing Plaintiff's Motion for Leave to File Amended Declaration was served by electronic mail on the following counsel of record:

Jonathan Gross
Law Office of Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, MD 21209
jon@jonathangross.law

/s /Miriam Pierson
*Attorney for Plaintiff*