FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 26 2026

TAMMY H. DOWNS, CLERK
By: DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MICHELLE WALKER
PLAINTIFF

v. No. 3:26-cv-00151-DPM

RETURN TO THE LAND, et al.
DEFENDANTS

## ENTRY OF APPEARANCE

The undersigned attorney hereby enters his appearance as counsel of record for Defendants Return to the Land, Wisdom Woods LLC, Eric Orwoll, Peter Julius Csere, and Scott Thomas Hallowood in the above-captioned action, and requests that all pleadings, notices, orders, and other papers filed or served in this action be served upon him at the address set forth below.

Respectfully submitted,

Brandon Wurzinger
Ill. ARDC No. 6314308
Law Office of Brandon Wurzinger
141 4th Street East
Saint Paul, Minnesota 55101
763-360-4153
bwurzinger@outlook.com

Co-Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on October 26, 2026, the foregoing was filed with the Clerk of the Court, which will send notification of such filing to all counsel of record through the Court's CM/ECF system.

Brandon Wurzinger